**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

DAVID D. BIRD
CLERK OF COURT

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2900

Date: August 23, 2005

To:   Clerk of Court
      US District Court
      District of Delaware
      Wilmington, DE 19801

Re:   **Adversary Case: 05-50064 (PJW)**
      **Related BK Case: 03-12825**

On July 18th, 2005 a Motion for Withdraw the Reference was filed to the United States District Court, District of Delaware. The Transmittal and Motion will be sent to you in PDF format.
Please acknowledge receipt of the above transferred record by completing the information below.

                                                Sincerely


                                                Violetta I. Blanco
                                                Deputy Clerk

I hereby acknowledge receipt of the above transferred record this _____ day of _____ 2005.


By:_____
     Deputy Clerk


                                 _____ Supervisor

TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE TO THE
U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

**Adversary Case #:** 05-50064
**Related Bankruptcy Case #:** 03-12825
**District Court Civil Action#:**

| | |
|---|---|
| **Deputy Clerk Transferring Case:** | Violetta Blanco |
| **Case Type:** | Adversary |
| **Nature of Suit:** | i.e. Recover Money or Property |
| **Cause of Transmittal:** | i.e. Order dated _____, Withdrawing the Reference to the U.S. District Court) |
| **Parties:** | Keith F. Cooper, as Liquidating Trustee of the Bridgeport Holdings Inc. v. Tech Data Corporation |
| **Plaintiff's Counsel:** | **S. Margie Venus** |
| | Akin Gump Strauss Hauer& Feld LLP |
| | 1111 Louisana Street |
| | 44th Floor |
| | Houston, TX 77002 |
| | 713-220-5800 |
| | **William H. Sudell Jr.** |
| | Morris Nichols Arsht & Tunnell |
| | 1201 N. Market Street |
| | Wilmington, DE 19899 |
| | 302-658-9200 |
| | Email:wsudell@mnat.com |
| **Defendant's Counsel:** | **Andrew J. Flame** |
| | **Howard A. Cohen** |
| | Drinker Biddle & Reath LLP |
| | 1100 N Market Street |
| | Wilmington, DE 19801 |
| | 302-467-4213 |
| | Email: andrew.flame@dbr.com |
| | howard.cohen@dbr.com |