# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BRIDGEPORT HOLDINGS, INC., et al., | ) | Case No. 03-12825 (PJW) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| KEITH F. COOPER, as Liquidating Trustee of the Bridgeport Holdings Inc. Liquidating Trust, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 05-50064 |
| | ) | |
| TECH DATA CORPORATION, | ) | CIV. NO. _____ |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING TECH DATA CORPORATION'S MOTION TO WITHDRAW REFERENCE

AND NOW, this ____ day of _____, 2005, upon consideration of the motion of Tech Data Corporation ("Tech Data") for an order withdrawing the reference of this adversary proceeding (the "Motion"); and the Court, having found that notice of the Motion and hearing on the Motion was proper and adequate; it is hereby

ORDERED that the Motion is granted, and the reference of this Adversary Proceeding to the Bankruptcy Court is hereby withdrawn pursuant to 28 U.S.C. § 157(d).

_____
United States District Judge

WM\4420\1