### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BRIDGEPORT HOLDINGS, INC., et al., | ) | Case No. 03-12825 (PJW) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| KEITH F. COOPER, as Liquidating Trustee of the Bridgeport Holdings Inc. Liquidating Trust, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 05-50064 |
| | ) | |
| TECH DATA CORPORATION, | ) | CIV. NO. 05-622 GMS |
| | ) | |
| Defendant. | ) | |

### ORDER GRANTING TECH DATA CORPORATION'S
### MOTION TO WITHDRAW REFERENCE

AND NOW, this 26th day of Sept, 2005, upon consideration of the motion of Tech Data Corporation ("Tech Data") for an order withdrawing the reference of this adversary proceeding (the "Motion"); and the Court, having found that notice of the Motion and hearing on the Motion was proper and adequate; it is hereby

ORDERED that the Motion is granted, and the reference of this Adversary Proceeding to the Bankruptcy Court is hereby withdrawn pursuant to 28 U.S.C. § 157(d).



United States District Judge

WM\4420\1