IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BRIDGEPORT HOLDINGS, INC., et al. | ) | Case No. 03-12825 (PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |

| | | |
|---|---|---|
| KEITH F. COOPER, as Liquidating Trustee of the Bridgeport Holdings Inc. Liquidating Trust | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Proc. No. 05-50064 |
| | ) | |
| TECH DATA CORPORATION, | ) | CIV. NO. 05-622 GMS |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE [RE: D.I. 52]

PLEASE TAKE NOTICE that a copy of the **Order Granting Tech Data Corporation's Motion to Withdraw Reference** (D.I. 52, Entered 9/27/05) was served on September 28, 2005 upon the parties below in the manner indicated.

### VIA HAND DELIVERY

Howard A. Cohen
Andrew J. Flame
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington, DE 19801

Dated: September 29, 2005

### VIA FIRST CLASS MAIL

Charles M. Tatelbaum
Stephen C. Hunt
Adorno & Yoss LLP
350 E. Las Olas Boulevard
Suite 1700
Fort Lauderdale, FL 33301

MORRIS NICHOLS ARSHT & TUNNELL

William H. Sudell (No. 0463)
Daniel B. Butz (No. 4227)
1201 N. Market St.
Wilmington, DE 19899
Telephone: 302.658.9200

-and-

AKIN GUMP STRAUSS HAUER FELD LLP
S. Margie Venus
Matthew S. Okin
1111 Louisiana St., 44th Floor
Houston, TX 77002
Telephone: 713.220.5800

Counsel to Plaintiff Keith F. Cooper, as Liquidating
Trustee of the Bridgeport Holdings, Inc. Liquidating
Trust

485118