IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEITH F. COOPER, as Liquidating Trustee of the Bridgeport Holdings Inc. Liquidating Trust,<br><br>        Plaintiff,<br><br>        v.<br><br>TECH DATA CORPORATION,<br><br>        Defendants. | Civil Action No. 05-cv-00622(GMS) |

**DEFENDANT TECH DATA CORPORATION'S
REQUEST FOR A STATUS CONFERFENCE**

TO:    HONORABLE GREGORY M. SLEET
           UNITED STATES DISTRICT JUDGE

        TECH DATA CORPORATION, the defendant herein ("Tech Data"), as and for its request for status conference, respectfully states as follows:

        1.    On September 26, 2005, the reference of the above-captioned case to the Bankruptcy Court was withdrawn by the Court, pursuant to the motion of Tech Data.

        2.    The withdrawn case is at an early stage. Prior to the withdrawal of the reference, the parties had engaged in motion practice pursuant to Rule 12 of the Federal Rules of Civil Procedure resulting in a written opinion (and an amendment to that written decision) by Judge Peter J. Walsh. Tech Data thereafter answered the complaint and requested a jury trial.

        3.    An initial scheduling order was entered by the Bankruptcy Court at or about the time that Tech Data answered the complaint. Tech Data indicated to the Bankruptcy Court that it would be seeking a jury trial and withdrawal of the reference of

this case, and that it reserved the right to seek entry of a new scheduling order at a later date.

4. The parties have since exchanged initial written discovery requests and initial responses. Deposition practice will commence on October 13, 2005 with the plaintiff's deposition of a Tech Data employee. Further depositions, however, must be delayed because Tech Data and its counsel will be on trial before this Court in another matter during the week of October 17, 2005 and therefore unavailable.

5. Tech Data requests that the Court schedule a Status Conference to discuss case management benchmarks and scheduling issues, and enter a Scheduling Order to govern this case.

WHEREFORE, Tech Data respectfully requests that the Court schedule a Status Conference.

DRINKER BIDDLE & REATH LLP

/s/ Howard A. Cohen
Howard A. Cohen (DE 4082)
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

ADORNO & YOSS LLP
Charles M. Tatelbaum
(Florida Bar No. 177540)
Stephen C. Hunt
(Florida Bar No. 191582)
350 E. Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
Telephone: (954) 763-1200
Facsimile: (954) 766-7800

Attorneys for Defendant,
Tech Data Corporation

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed on the date below with the Clerk of the Court using CM/ECF which will send notification to William H. Sudell, Jr. Additionally, the attached was served on the same date, in the manner indicated below upon the following:

| **VIA U.S. MAIL** | **VIA HAND DELIVERY** |
|---|---|
| Matthew S. Okin, Esq.<br>Akin, Gump, Strauss, Hauer & Feld LLP<br>1111 Louisiana, 44th Floor<br>Houston, TX  77002<br><br>*Attorneys for Plaintiff* | William H. Sudell, Jr., Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE  19899-1347<br><br>*Local Counsel for Plaintiff* |

Dated: October 7, 2005

                                                /s/  Howard A. Cohen
                                                Howard A. Cohen