IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEITH F. COOPER, as Liquidating Trustee of the Bridgeport Holdings Inc. Liquidating Trust, )<br><br>Plaintiff, )<br><br>v. )<br><br>TECH DATA CORPORATION, )<br><br>Defendant. ) | Civil Action No. 05-00622 GMS |

**NOTICE OF SERVICE**

I, the undersigned, hereby certify that on November 3, 2005 I caused a true and correct copy of *Tech Data Corporation's Second Set of Requests for the Production of Documents* to be served on the following persons in the manner indicated:

*Hand Delivery*
William H. Sudell, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

*First Class Mail*
S. Margie Venus, Esq.
Matthew Okin, Esq.
Akin, Gump, Strauss, Hauer & Feld LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002

Dated: November 3, 2005

**DRINKER BIDDLE & REATH LLP**

/s/ Howard A. Cohen
Howard A. Cohen (DE 4082)
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

Attorneys for Tech Data Corporation

WM\5034\1