IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KEITH F. COOPER, as Liquidating Trustee of the Bridgeport Holdings Inc. Liquidating Trust, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-622 GMS |
| TECH DATA CORPORATION, | ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF SERVICE

I hereby certify that on January 23, 2006, I caused a true and correct copy of the foregoing to be served by hand delivery upon: William H. Sudell, Esq., Morris, Nichols, Arsht & Tunnell, 1201 North Market Street, Wilmington, Delaware 19899 and by first class mail, with fully pre-paid postage affixed thereto, upon: S. Margie Venus and Matthew Okin, Esqs., Akin, Gump, Strauss, Hauer & Feld LLP, at 1111 Louisiana Street, 44th Floor, Houston, Texas 77002.

Dated: January 24, 2006

**DRINKER BIDDLE & REATH LLP**

/s/ Howard A. Cohen
Howard A. Cohen (DE 4082)
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

*Attorneys for Defendant and Propounding Party, Tech Data Corporation*