# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

In the Matter of:

BRIDGEPORT HOLDINGS, INC., et al.,

           Debtors.

_____/

KEITH F. COOPER, As Liquidating
Trustee Of The Bridgeport Holdings Inc.
Liquidating Trust,

           Plaintiff,

v.

TECH DATA CORPORATION,

           Defendant.

_____/

Civil Action No.  05-622 GMS

## NOTICE OF SERVICE

I certify that on February 16, 2006, I caused a true and correct copy of Defendant's First Amended Privilege Log to be served via U.S. Mail upon *William H. Sudell, Esq.*, Morris, Nichols, Arsht & Tunnell, 1201 North Market Street, Wilmington, DE 19899, wsudell@mnat.com, and *S. Margie Venus, Esq.*, Akin, Gump, Strauss, Hauer & Feld, LLP, 1111 Louisiana Street, 44th Floor, Houston, TX 77002, svenus@akingump.com, *Attorneys for the Plaintiff.*

DRINKER BIDDLE & REATH LLP

By:___/s/Howard A. Cohen_____
    Howard A. Cohen (DE 4082)
    1100 N. Market Street, Suite 1000
    Wilmington, DE  19801
    Telephone:  (302) 467-4200
    Facsimile:  (302) 467-4201

    and

    ADORNO & YOSS LLP
    Charles M. Tatelbaum
    Stephen C. Hunt
    350 East Las Olas Blvd., Suite 1700
    Fort Lauderdale, FL 33301

    *Attorneys for Defendant,*
    *Tech Data Corporation*