UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

In the Matter of:

| | |
|---|---|
| BRIDGEPORT HOLDINGS, INC., et al., | Civil Action No. 05-622 GMS |
| Debtors. / | |
| KEITH F. COOPER, As Liquidating Trustee Of The Bridgeport Holdings Inc. Liquidating Trust, Plaintiff, v. TECH DATA CORPORATION, Defendant. / | |

## NOTICE OF SERVICE

I hereby certify that on February 17, 2006, I caused a true and correct copy of DEFENDANT TECH DATA CORPORATION'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS to be served by hand delivery upon: William H. Sudell, Esq., Morris, Nichols, Arsht & Tunnell, 1201 North Market Street, Wilmington, Delaware 19899 and by first class mail, with fully pre-paid postage affixed thereto, upon: S. Margie Venus and Matthew Okin, Esqs., Akin, Gump, Strauss, Hauer & Feld LLP, at 1111 Louisiana Street, 44th Floor, Houston, Texas 77002.

**DRINKER BIDDLE & REATH LLP**

/s/ Howard A. Cohen
Howard A. Cohen (DE 4082)
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

*Attorneys for Defendant,*
*Tech Data Corporation*

WM\5452\1