IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BRIDGEPORT HOLDINGS, INC. et al. | ) | Case No. 03-12825 (PJW) |
| | ) | |
| Reorganized Debtors, | ) | |

| | | |
|---|---|---|
| | ) | |
| KEITH F. COOPER, as Liquidating Trustee of the Bridgeport Holdings, Inc. Liquidating Trust, | ) ) ) | Civil Proc. No. 05-00622 (GMS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| TECH DATA CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 23, 2006 a copy of the (i) **Plaintiff's Response To Defendant's Third Set Of Request For Production Of Documents** was served in the manner indicated upon the entities identified on the attached service list.

Dated: February 23, 2006        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ _____
William H. Sudell, Jr. (No. 0463)
Daniel B. Butz (No. 4227)
1201 North Market Street
Wilmington, DE 19899
(302) 658-9200
(302) 658-3989 (fax)

- and –

AKIN GUMP STRAUSS HAUER & FELD LLP
S. Margie Venus
Matthew S. Okin
Katy Gottsponer
1111 Louisiana Street, 44th Floor
Houston, TX 77002
(713) 220-5800
(713) 236-0822 (Fax)

ATTORNEYS FOR PLAINTIFF, KEITH F. COOPER, as Liquidating Trustee of the Bridgeport Holdings, Inc. Liquidating Trust

## SERVICE LIST

**BY FIRST CLASS MAIL**

Howard A. Cohen
Drinker, Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801

Charles M. Tatelbaum
Stephen C. Hunt
Adorno & Yoss LLP
350 E. Las Olas Blvd., Suite 1700
Fort Lauderdale, FL 33301

508067