**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In the Matter of:

BRIDGEPORT HOLDINGS, INC., et al.,          Chapter 11
                                            Case No. 03-12825 (PJW)

                        Debtors.
_____/

KEITH F. COOPER, As Liquidating
Trustee Of The Bridgeport Holdings Inc.
Liquidating Trust,

                        Plaintiff,

v.                                          Adv. Pro. No. 05-50064

TECH DATA CORPORATION,

                        Defendant.
_____/

**DEFENDANT'S PRIVILEGE LOG WITH RESPECT
TO PLAINTIFF'S FIRST SET OF INTERROGATORIES
AND REQUESTS FOR PRODUCTION OF DOCUMENTS**

TO:     Morris, Nichols, Arsht & Tunnell
        Attention: William H. Sudell, Esq.
        1201 North Market Street
        Wilmington, DE 19899

        Akin, Gump, Strauss, Hauer & Feld, LLP
        Attention: S. Margie Venus, Esq.
        1111 Louisiana Street, 44th Floor
        Houston, TX 77002

        *Attorneys for the Plaintiff*

        TECH DATA CORPORATION, the Defendant herein ("Tech Data"), by and through its

undersigned counsel, hereby submits its Privilege Log in connection with its Responses and

{N0556418_1}

Objections to Plaintiff's First Set of Interrogatories and Requests for Production of Documents,

attached hereto as Exhibit "A".

Dated: July 22, 2005

Respectfully submitted,

ADORNO & YOSS, LLP

Charles M. Tatelbaum
*Admitted Pro Hac Vice*
Stephen C. Hunt
*Admitted Pro Hac Vice*
350 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, FL 33301
Telephone:  (954) 763-1200
Facsimile:  (954) 766-7800

and

DRINKER BIDDLE & REATH LLP
Andrew J. Flame (DE 4398)
Howard A. Cohen (DE 4082)
1100 N. Market Street, Suite 1000
Wilmington, DE  19801
Telephone:  (302) 467-4200
Facsimile:  (302) 467-4201

*Attorneys for Defendant,*
*Tech Data Corporation*

## CERTIFICATE OF SERVICE

I certify that on July 22, 2005, I caused a true and correct copy of the foregoing to be served via electronic mail transmission and via U.S. mail in a sealed envelope with fully pre-paid postage affixed thereto upon Morris, Nichols, Arsht & Tunnell, Attention: William H. Sudell, Esq., at 1201 North Market Street, Wilmington, DE 19899, telecopier number (302) 425-4685, and Akin, Gump, Strauss, Hauer & Feld, LLP, Attention: S. Margie Venus, Esq., at 1111 Louisiana Street, 44th Floor, Houston, TX 77002, telecopier number (713) 236-0822, the Attorneys for the Plaintiff.

Stephen C. Hunt

| Description of Document | No. of Pages | Author | Recipient | Date | Privilege | Bates No. |
|---|---|---|---|---|---|---|
| Electronic Correspondence | 4 | Ray Poulos | To: Mike Zava Cc: Nancy Strader | 7/23/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000001-004 |
| Electronic Correspondence | 4 | Ray Poulos | Mike Zava | 7/21/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000005-008 |
| Electronic Correspondence | 3 | Ray Poulos | To: Scott Buchwald; Cc: Mike Zava, Bob Johnson, Nancy Strader | 7/10/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000009-011 |
| Electronic Correspondence | 2 | Mike Zava | Ray Poulos | 6/12/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000012-013 |
| Electronic Correspondence | 2 | Mike Zava | Ray Poulos, Patrick Connelly | 1/31/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000014-015 |
| Electronic Correspondence | 6 | Ray Poulos | Ray Poulos | 5/16/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000016-021 |
| Electronic Correspondence | 7 | Ray Poulos | Nancy Strader; Cc: Ray Poulos | 5/19/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000022-028 |
| Electronic Correspondence | 7 | Ray Poulos | Alex Garbett | 6/9/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000029-035 |
| Electronic Correspondence | 9 | Ray Poulos | Bob Johnson, Terry Bazzone | 5/29/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000036-044 |
| Electronic Correspondence | 3 | Ray Poulos | Patrick Connelly | 5/28/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000045-047 |
| Electronic Correspondence | 9 | Ray Poulos | To: Patrick Connelly, Steve Raymond Cc: Jeff Howells | 11/15/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000048-056 |
| Customer Analysis | 2 | | | 12/20/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000057-058 |
| Electronic Correspondence | 1 | Mike Zava | To: Jean Galanos, Ray Poulos Cc: David Vetter | 8/23/2002 | ATTORNEY CLIENT/ ANTICIPATION OF LITIGATION | TD PRIV 000059 |
| Electronic | 3 | Ray Poulos | To: Patrick Connelly | 9/4/2002 | ANTICIPATION OF | TD PRIV 000060-062 |

**EXHIBIT A**

| Description of Document | No. of Pages | Author | Recipient | Date | Privilege | Bates No. |
|---|---|---|---|---|---|---|
| Electronic Correspondence | 2 | Nancy Strader | Cc: Mike Zava | 7/1/2003 | LITIGATION | TD PRIV 000063-064 |
| Electronic Correspondence | 3 | Gina O'Hara | Ray Poulos | 7/8/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000065-067 |
| Electronic Correspondence | 2 | Pascal Murciano | To: Patrick Connelly, Alain Amsellem, Tony Taylor, Nick Titlman, Mark Bjoem-Koenig, Frank Wolbrink, Frank Vadeputte, Karina Ljungberg Cc: Ray Poulos, Jeff Howells, Steve Raymund, Mike Zava | 7/23/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000068-069 |
| Electronic Correspondence | 2 | Ray Poulos | To: Patrick Connelly Cc: Mike Zava, Lovetta Reed | 8/29/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000070-071 |
| Electronic Correspondence | 2 | Scott Buchwald | To: Ray Poulos, Bob Johnson, Donna Durgeon Cc: Mike Zava, Nancy Strader, Patrick Connelly | 8/29/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000072-073 |
| Electronic Correspondence | 1 | Mike Zava | To: Ray Poulos, Scott Buchwald Cc: Bob Johnson, Nancy Strader | 7/11/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000074 |
| Electronic Correspondence | 1 | Mike Zava | To: Ray Poulos, Bob Johnson Cc: Nancy Strader | 7/11/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000075 |

EXHIBIT A

{N0556409_1}

| Description of Document | No. of Pages | Author | Recipient | Date | Privilege | Bates No. |
|---|---|---|---|---|---|---|
| Electronic Correspondence | 2 | Nancy Strader | To: Kenneth Ryan Cc: Alex Garbett | 7/15/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000076-077 |
| Chart | 1 | | | 9/03 | ANTICIPATION OF LITIGATION | TD PRIV 000078 |
| Electronic Correspondence | 1 | Ray Poulos | To: Patrick Connelly, Mike Zava Cc: Nancy Strader | 12/10/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000079 |
| Chart | 2 | | | 9/03 | ANTICIPATION OF LITIGATION | TD PRIV 000080-081 |
| Electronic Correspondence | 3 | Ray Poulos | To: Todd Adolph Cc: Nancy Strader | 7/24/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000082-084 |
| Electronic Correspondence | 5 | Nancy Strader | Ray Poulos | 7/14/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000085-089 |
| Electronic Correspondence | 38 | Ray Poulos | Nancy Strader | 7/10/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000090-126 |
| Chart- Titled: Prepared in Contemplation of Litigation on the Advice of Counsel | 1 | | | | ANTICIPATION OF LITIGATION | TD PRIV 000127 |
| Electronic Correspondence | 2 | Ray Poulos | Nancy Strader | 10/4/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000128-129 |
| Electronic Correspondence | 5 | Nancy Strader | Ray Poulos | 10/17/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000130-135 |
| Electronic Correspondence | 10 | Ray Poulos | To: Mike Zava Cc: Nancy Strader | 6/11/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000136-145 |
| Electronic Correspondence | 10 | Ray Poulos | To: Mike Zava Cc: Nancy Strader | 6/11/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000146-155 |
| Electronic Correspondence | 9 | Ray Poulos | Bob Johnson, Mike Zava, Jeff Howells, Patrick Connelly | 5/8/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000156-164 |

{N0556409_1}

EXHIBIT A

| Description of Document | No. of Pages | Author | Recipient | Date | Privilege | Bates No. |
|---|---|---|---|---|---|---|
| Electronic Correspondence | 6 | Ray Poulos | Scott Buchwald, Neha Kapoor, Bob Johnson | 6/26/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000165-170 |
| Electronic Correspondence | 2 | Ray Poulos | Mike Zava | 6/23/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000171-172 |
| Electronic Correspondence | 2 | Ray Poulos | To: Nancy Strader Cc: Patrick Connelly, Mike Zava | 10/7/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000173-174 |
| Electronic Correspondence | 1 | Ray Poulos | To: Mike Zava Cc: Nancy Starder | 6/13/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000175 |
| Electronic Correspondence | 1 | Ray Poulos | Mike Zava | 6/13/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000176 |
| Electronic Correspondence | 2 | Ray Poulos | Nancy Strader | 2/18/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000177-178 |
| Electronic Correspondence | 6 | Ray Poulos | Jeff Howells | 3/12/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000179-184 |
| Electronic Correspondence | 12 | Ray Poulos | Michael Ward | 6/12/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000185-196 |
| Electronic Correspondence | 2 | Ray Poulos | To: Betty Kimura Cc: Barbara Winters | 5/17/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000197-198 |
| Electronic Correspondence | 2 | Jean Galano | To: Ray Poulos Cc: Betty Kimura, Barbara Winters | 5/15/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000199-200 |
| Electronic Correspondence | 3 | Nancy Strader | To: Ray Poulos Cc: Mike Zava, Patrick Connelly, Barbara Winters | 10/2/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000201-203 |
| Electronic Correspondence | 1 | Betty Kimura | To: Kim Vickers Cc: Barbara Winters | 10/24/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000204 |
| Electronic Correspondence | 3 | Barbara Winter | Betty Kimura | 4/23/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000205-207 |
| Electronic Correspondence | 3 | Ray Poulos | To: Mike Zava | 7/3/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000208-2110 |

EXHIBIT A

{N0556409_1}

| Description of Document | No. of Pages | Author | Recipient | Date | Privilege | Bates No. |
|---|---|---|---|---|---|---|
| Electronic Correspondence | | | Cc: Nancy Strader, Ray Poulos | | LITIGATION | |
| Electronic Correspondence | 2 | Barbara Winters | To: Susan Allan Cc: Cassandra W. | 1/3/2003 | ATTORNEY CLIENT/ANTICIPATION OF LITIGATION | TD PRIV 000211-212 |
| Electronic Correspondence | 5 | Ray Poulos | Mike Zava | 8/23/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000213-217 |
| Electronic Correspondence | 1 | Nancy Strader | Ray Poulos, Mike Zava, Patrick Connelly, Bill Hunter | 7/10/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000218 |
| Electronic Correspondence | 2 | Ray Poulos | To: Mike Zava, Patrick Connelly, Bill Hunter; Cc: Nancy Strader | 7/31/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000219-220 |
| Electronic Correspondence | 1 | Ray Poulos | Mike Zava | 10/28/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000221 |
| Electronic Correspondence | 15 | Ray Poulos | Patrick Connelly, Steve Raymund, Jeff Howells, Mike Zava | 11/21/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000222-236 |
| Electronic Correspondence | 16 | Ray Poulos | To: Patrick Connelly, Mike Zava Cc: Nancy Strader | 12/5/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000237-252 |
| Electronic Correspondence | 16 | Patrick Connelly | Alain Annsellem, Pascal Murciano Cc: Patrick Connelly, Ray Poulos | 12/6/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000253-268 |
| Electronic Correspondence | 16 | Ray Poulos | To: Patrick Connelly; Cc: Mike Zava | 11/26/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000269-284 |
| Electronic Correspondence | 22 | Ray Poulos | Bob Johnson | 1/20/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000285-306 |
| Electronic Correspondence | 7 | Jean Galanos | To: Mike Zava, Ray Poulos | 8/23/2002 | ATTORNEY CLIENT/ATTORNEY LITIGATION | TD PRIV 000307-313 |

{N0554094_1}

EXHIBIT A

| Description of Document | No. of Pages | Author | Recipient | Date | Privilege | Bates No. |
|---|---|---|---|---|---|---|
| Electronic Correspondence | 17 | Patrick Connelly | To: Ray Poulos Cc: Patrick Connelly Cc: David Vetter | 12/4/2002 | WORK PRODUCT/ANTICIPATION OF LITIGATION | TD PRIV 000314-330 |
| Electronic Correspondence | 2 | Nancy Strader | Ray Poulos, Mike Zava, Patrick Connelly, Bill Hunter | 2/19/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000331-332 |
| Electronic Correspondence | 2 | Nancy Strader | Ray Poulos, Mike Zava, Patrick Connelly, Bill Hunter | 2/2/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000333-334 |
| Electronic Correspondence | 3 | Nancy Strader | Ray Poulos | 3/12/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000335-337 |
| Electronic Correspondence | 4 | Ray Poulos | Ray Poulos, Mike Zava, Patrick Connelly, Bill Hunter, Nancy Strader | 3/26/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000338-341 |
| Electronic Correspondence | 1 | Nancy Strader | Ray Poulos, Mike Zava, Patrick Connelly, Bill Hunter | 4/11/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000342 |
| Electronic Correspondence | 3 | Nancy Strader | Ray Poulos | 5/22/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000343-345 |
| Electronic Correspondence | 2 | Ray Poulos | Mike Zava | 6/13/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000346-347 |
| Electronic Correspondence | 2 | Ray Poulos | To: Nancy Strader, Patrick Connelly Cc: Mike Zava | 6/23/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000348-349 |
| Electronic Correspondence | 2 | Ray Poulos | To: Patrick Connelly, Nancy Strader Cc: Mike Zava | 6/23/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000350-351 |
| Electronic | 2 | Ray Poulos | Patrick Connelly | 6/27/2003 | ANTICIPATION OF | TD PRIV 000352-353 |

{N0554609_1}

EXHIBIT A

| Description of Document | No. of Pages | Author | Recipient | Date | Privilege | Bates No. |
|---|---|---|---|---|---|---|
| Electronic Correspondence | | | | | LITIGATION | |
| Electronic Correspondence | 32 | Mike Zava | Ray Poulos | 2/17/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000354-386 |
| Electronic Correspondence | 29 | Nick Tillman | To: Nick Tillman, Patrick Connelly, Ray Poulos, Mike Zava Cc: Chris Ward | 4/11/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000387-415 |
| Electronic Correspondence | 13 | Ray Poulos | To: Ray Poulos, Mike Zava, Patrick Connelly Cc: Nancy Strader | 10/7/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000416-428 |
| Electronic Correspondence | 12 | Ray Poulos | To: Mike Zava, Patrick Connelly Cc: Nancy Strader, Ray Poulos | 12/31/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000429-440 |
| Electronic Correspondence | 12 | Nancy Strader | To: Ray Poulos Cc: Mike Zava, Patrick Connelly | 10/24/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000441-452 |
| Electronic Correspondence | 23 | Nancy Strader | Patrick Connelly, Mike Zava, Bill Hunter, Ray Poulos | 1/30/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000453-475 |
| Electronic Correspondence | 23 | Patrick Connelly | To: Ray Poulos, Mike Zava Cc: Nick Tillman, Pascal Murciano | 1/20/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000476-498 |
| Electronic Correspondence | 41 | Mike Zava | Ray Poulos | 4/11/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000499-664 (includes multiple copies) |
| Electronic Correspondence | 29 | Ray Poulos | To: Patrick Connelly, Mike Zava, Bill Hunter Cc: Nancy Strader | 2/12/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000665-693 |
| Electronic Correspondence | 18 | Nancy Strader | Ray Poulos, Patrick | 12/19/2002 | ANTICIPATION OF | TD PRIV 000694-711 |

{N0554409_1}

EXHIBIT A

| Description of Document | No. of Pages | Author | Recipient | Date | Privilege | Bates No. |
|---|---|---|---|---|---|---|
| Electronic Correspondence | | | Connelly, Mike Zava, Bill Hunter | | LITIGATION | TD PRIV 000712-733 |
| Electronic Correspondence | 22 | Ray Poulos | Jose Brito, Ray Poulos | 1/3/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000734-754 |
| Electronic Correspondence | 21 | Jose Brito | Ray Poulos | 1/3/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000755-773 |
| Electronic Correspondence | 19 | Nancy Strader | Ray Poulos, Patrick Connelly, Mike Zava, Bill Hunter | 1/3/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000774-798 |
| Electronic Correspondence | 25 | Patrick Connelly | To: Bill Hunter, Patrick Connelly Cc: Ray Poulos | 12/31/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000799-816 |
| Electronic Correspondence | 18 | Patrick Connelly | To: Nancy Strader, Ray Poulos, Mike Zava, Bill Hunter Cc: Patrick Connelly | 12/13/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000817-833 |
| Electronic Correspondence | 17 | Patrick Connelly | To: Traudl Dawidowitsch, Bill Hunter Cc: Ray Poulos, Patrick Connelly | 12/3/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000834-850 |
| Electronic Correspondence | 17 | Alain Amsellem | To: Patrick Connelly, Alain Amsellem, Pascal Murciano Cc: Patrick Connelly, Ray Poulos | 12/6/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000851-864 |
| Electronic Correspondence | 14 | Nancy Strader | Nancy Strader, Ray Poulos, Mike Zava, Patrick Connelly | 11/21/2001 | ANTICIPATION OF LITIGATION | TD PRIV 000865-878 |
| Electronic Correspondence | 14 | Nancy Strader | Ray Poulos, Mike Zava, Patrick Connelly | 11/14/2002 | ANTICIPATION OF LITIGATION | |

EXHIBIT A

| Description of Document | No. of Pages | Author | Recipient | Date | Privilege | Bates No. |
|---|---|---|---|---|---|---|
| Electronic Correspondence | 12 | Ray Poulos | To: Mike Zava, Patrick Connelly Cc: Nancy Strader, Ray Poulos | 10/31/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000879-890 |
| Electronic Correspondence | 1 | Charles Tatelbaum | Sangeeta Banerjee | 7/3/2003 | ATTORNEY WORK PRODUCT, ANTICIPATION OF LITIGATION | TD PRIV 000891 |
| Electronic Correspondence | 4 | Ray Poulos | To: David Vetter Cc: Mike Zava | 8/20/2002 | ATTORNEY WORK PRODUCT, ANTICIPATION OF LITIGATION, ATTORNEY CLIENT | TD PRIV 000892-895 |
| Electronic Correspondence | 4 | Ray Poulos | Patti Higges | 8/21/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000896-899 |
| Electronic Correspondence | 5 | Ray Poulos | To: David Vetter Cc: Mike Zava | 8/21/2002 | ATTORNEY WORK PRODUCT, ANTICIPATION OF LITIGATION, ATTORNEY CLIENT | TD PRIV 000900-904 |
| Electronic Correspondence | 13 | Patrick Connelly | To: Ray Poulos, Mike Zava Cc: Nancy Strader | 10/31/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000905-917 |
| Electronic Correspondence | 1 | Mike Zava | To: Nancy Strader, Ray Poulos Cc: Patrick Connelly | 11/8/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000918 |
| Electronic Correspondence | 20 | Ray Poulos | Nancy Strader | 8/23/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000919-938 |
| Electronic Correspondence | 4 | Mike Zava | Ray Poulos | 7/24/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000939-942 |
| Electronic Correspondence | 22 | Ray Poulos | Mike Zava, Patrick | 1/20/2003 | ANTICIPATION OF | TD PRIV 000943-964 |

| Description of Document | No. of Pages | Author | Recipient | Date | Privilege | Bates No. |
|---|---|---|---|---|---|---|
| Electronic Correspondence | 19 | Mike Zava | Connelly, Ray Poulos | 8/6/2003 | LITIGATION | TD PRIV 000965-989 |
| Electronic Correspondence | 12 | Ray Poulos | Bob Johnson | 10/25/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000990-1001 |
| Electronic Correspondence | 12 | Ray Poulos | Michael Ward | 6/12/2003 | ANTICIPATION OF LITIGATION | TD PRIV 0001002-1013 |
| Electronic Correspondence | 15 | Ray Poulos | Bob Johnson | 11/14/2002 | ANTICIPATION OF LITIGATION | TD PRIV 0001014-1028 |
| Electronic Correspondence | 15 | Ray Poulos | Jeff Howells | 11/15/2002 | ANTICIPATION OF LITIGATION | TD PRIV 0001029-1043 |
| Electronic Correspondence | 15 | Ray Poulos | Nancy Strader | 11/15/2002 | ANTICIPATION OF LITIGATION | TD PRIV 0001044-1058 |
| Electronic Correspondence | 15 | Ray Poulos | To: Patrick Connelly, Steve Raymund Cc: Mike Zava | 11/14/2002 | ANTICIPATION OF LITIGATION | TD PRIV 0001059-1073 |
| Electronic Correspondence | 51 | Mike Zava | To: Steve Raymund Cc: Patrick Connelly, Jeff Howells, Ray Poulos | 6/13/2003 | ANTICIPATION OF LITIGATION | TD PRIV 0001074-1122 |
| Electronic Correspondence | 6 | Ray Poulos | Bob Johnson | 8/6/2003 | ANTICIPATION OF LITIGATION | TD PRIV 0001123-1128 |
| Electronic Correspondence | 2 | Ray Poulos | Mike Zava | 8/6/2003 | ANTICIPATION OF LITIGATION | TD PRIV 0001129-1130 |
| Electronic Correspondence | 5 | Patrick Connelly | To: Alain Amsellem, Pascal Murciano, Tony Taylor, Nick Tiltman, Mark-Bjoern Koenig, Frank Woolbrink, Frank Vandeputte, Karina Ljungberg | 7/21/2003 | ANTICIPATION OF LITIGATION | TD PRIV 0001131-1135 |

{N0556409_1}

EXHIBIT A

(N0556409_1)

EXHIBIT A

| Description of Document | No. of Pages | Author | Recipient | Date | Privilege | Bates No. |
|---|---|---|---|---|---|---|
| Electronic Correspondence | 4 | Nancy Strader | Cc: Ray Poulos, Jeff Howells, Steve Raymund, Mike Zava | 6/13/2003 | ANTICIPATION OF LITIGATION | TD PRIV 0001136-1139 |
| Electronic Correspondence | 3 | Ray Poulos | To: Mike Zava Cc: Nancy Strader | 5/28/2003 | ANTICIPATION OF LITIGATION | TD PRIV 0001140-1142 |
| Electronic Correspondence | 4 | Nancy Strader | Ray Poulos, Mike Zava, Patrick Connelly, Bill Hunter | 7/23/2003 | ANTICIPATION OF LITIGATION | TD PRIV 0001143-1147 |
| Electronic Correspondence | 15 | Patrick Connelly | Ray Poulos, Steve Raymund, Jeff Howells, Mike Zava | 11/21/2002 | ANTICIPATION OF LITIGATION | TD PRIV 0001148-1162 |
| Electronic Correspondence | 13 | Ray Poulos | To: Ray Poulos, Mike Zava, Patrick Connelly Cc: Nancy Strader | 11/7/2002 | ANTICIPATION OF LITIGATION | TD PRIV 0001163-1175 |
| Electronic Correspondence | 12 | Ray Poulos | To: Mike Zava, Patrick Connelly Cc: Nancy Strader, Ray Poulos | 10/31/2002 | ANTICIPATION OF LITIGATION | TD PRIV 0001176-1187 |
| Electronic Correspondence | 3 | David Vetter | Ray Poulos | 9/10/2003 | ATTORNEY CLIENT/ATTORNEY WORK PRODUCT | TD PRIV 0001188-1190 |