**EXHIBIT B**

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

In the Matter of:

BRIDGEPORT HOLDINGS, INC., et al.,         Civil Action No. 05-622 GMS

        Debtors.
_____/
KEITH F. COOPER, As Liquidating
Trustee Of The Bridgeport Holdings Inc.
Liquidating Trust,
        Plaintiff,
v.
TECH DATA CORPORATION,
        Defendant.
_____/

## DEFENDANT'S FIRST AMENDED PRIVILEGE LOG

    TECH DATA CORPORATION, the Defendant herein ("Tech Data"), by and through its undersigned counsel, hereby submits its Amended Privilege Log, which attached hereto as composite *Exhibit A*.

                              DRINKER BIDDLE & REATH LLP

                              By: /s/Howard A. Cohen
                                  Howard A. Cohen (DE 4082)
                                  1100 N. Market Street, Suite 1000
                                  Wilmington, DE 19801
                                  Telephone: (302) 467-4200
                                  Facsimile: (302) 467-4201

                              and

                              ADORNO & YOSS LLP
                              Charles M. Tatelbaum
                              Stephen C. Hunt
                              350 East Las Olas Blvd., Suite 1700
                              Fort Lauderdale, FL 33301
                              Telephone: (954) 763-1200
                              Facsimile: (954) 766-7800

                              *Attorneys for Defendant,*
                              *Tech Data Corporation*

| Description of Document | No. of Pages | Author | Recipient | Date | Privilege | Bates No. |
|---|---|---|---|---|---|---|
| Electronic Correspondence | 4 | Ray Poulos | Mike Zava | 7/21/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000005-008 |
| Electronic Correspondence | 3 | Ray Poulos | To: Scott Buchwald; Cc: Mike Zava, Bob Johnson, Nancy Strader | 7/10/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000009-011 |
| Electronic Correspondence | 2 | Mike Zava | Ray Poulos | 6/12/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000012-013 |
| Electronic Correspondence | 9 | Ray Poulos | Bob Johnson, Terry Bazzone | 5/29/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000036-044 |
| Electronic Correspondence | 3 | Ray Poulos | Patrick Connelly | 5/28/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000045-047 |
| Electronic Correspondence | 9 | Ray Poulos | To: Patrick Connelly, Steve Raymond Cc: Jeff Howells | 11/15/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000048-056 |
| Electronic Correspondence | 1 | Mike Zava | To: Jean Galanos, Ray Poulos Cc: David Vetter | 8/23/2002 | ATTORNEY CLIENT/ ANTICIPATION OF LITIGATION | TD PRIV 000059 |
| Electronic Correspondence | 2 | Pascal Murciano | To: Patrick Connelly, Alain Amsellem, Tony Taylor, Nick Tittman, Mark Bjoern-Koenig, Frank Wolbrink, Frank Vadeputte, Karina Ljungberg Cc: Ray Poulos, Jeff Howells, Steve Raymund, Mike Zava | 7/23/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000068-069 |
| Electronic Correspondence | 1 | Mike Zava | To: Ray Poulos, Bob Johnson Cc: Nancy Strader | 7/11/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000075 |

| Description of Document | No. of Pages | Author | Recipient | Date | Privilege | Bates No. |
|---|---|---|---|---|---|---|
| Chart | 1 | Ray Poulos | To: Patrick Connelly, Mike Zava Cc: Nancy Strader | 9/03 | ANTICIPATION OF LITIGATION | TD PRIV 000078 |
| Electronic Correspondence | 1 | Ray Poulos | | 12/10/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000079 |
| Chart | 2 | | | 9/03 | ANTICIPATION OF LITIGATION | TD PRIV 000080-081 |
| Electronic Correspondence | 5 | Nancy Strader | Ray Poulos | 7/14/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000085-089 |
| Electronic Correspondence | 38 | Ray Poulos | Nancy Strader | 7/10/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000090-126 |
| Chart- Titled: Prepared in Contemplation of Litigation on the Advice of Counsel | 1 | | | | ANTICIPATION OF LITIGATION | TD PRIV 000127 |
| Electronic Correspondence | 10 | Ray Poulos | To: Mike Zava Cc: Nancy Strader | 6/11/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000136-145 |
| Electronic Correspondence | 10 | Ray Poulos | To: Mike Zava Cc: Nancy Strader | 6/11/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000146-155 |
| Electronic Correspondence | 9 | Ray Poulos | Bob Johnson, Mike Zava, Jeff Howells, Patrick Connelly | 5/8/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000156-164 |
| Electronic Correspondence | 6 | Ray Poulos | Scott Buchwald, Neha Kapoor, Bob Johnson | 6/26/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000165-170 |
| Electronic Correspondence | 2 | Ray Poulos | Mike Zava | 6/23/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000171-172 |
| Electronic Correspondence | 2 | Ray Poulos | To: Nancy Strader Cc: Patrick Connelly, Mike Zava, | 10/7/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000173-174 |
| Electronic Correspondence | 1 | Ray Poulos | To: Mike Zava | 6/13/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000175 |

| Description of Document | No. of Pages | Author | Recipient | Date | Privilege | Bates No. |
|---|---|---|---|---|---|---|
| Electronic Correspondence | 1 | Ray Poulos | Cc: Nancy Starder Mike Zava | 6/13/2003 | LITIGATION | TD PRIV 000176 |
| Electronic Correspondence | 2 | Ray Poulos | Nancy Strader | 2/18/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000177-178 |
| Electronic Correspondence | 6 | Ray Poulos | Jeff Howells | 3/12/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000179-184 |
| Electronic Correspondence | 12 | Ray Poulos | Michael Ward | 6/12/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000185-196 |
| Electronic Correspondence | 2 | Ray Poulos | To: Betty Kimura Cc: Barbara Winters | 5/17/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000197-198 |
| Electronic Correspondence | 2 | Jean Galano | To: Ray Poulos Cc: Betty Kimura, Barbara Winters | 5/15/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000199-200 |
| Electronic Correspondence | 3 | Nancy Strader | To: Ray Poulos Cc: Mike Zava, Patrick Connelly, Barbara Winters | 10/2/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000201-203 |
| Electronic Correspondence | 1 | Betty Kimura | To: Kim Vickers Cc: Barbara Winters | 10/24/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000204 |
| Electronic Correspondence | 3 | Barbara Winter | Betty Kimura | 4/23/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000205-207 |
| Electronic Correspondence | 3 | Ray Poulos | To: Mike Zava Cc: Nancy Strader, Ray Poulos | 7/3/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000208-2110 |
| Electronic Correspondence | 2 | Barbara Winters | To: Susan Allan Cc: Cassandra W. | 1/3/2003 | ATTORNEY CLIENT/ANTICIPATION OF LITIGATION | TD PRIV 000211-212 |
| Electronic Correspondence | 5 | Ray Poulos | Mike Zava | 8/23/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000213-217 |
| Electronic Correspondence | 1 | Nancy Strader | Ray Poulos, Mike | 7/10/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000218 |

| Description of Document | No. of Pages | Author | Recipient | Date | Privilege | Bates No. |
|---|---|---|---|---|---|---|
| Correspondence | | | Zava, Patrick Connelly, Bill Hunter | | LITIGATION | |
| Electronic Correspondence | 2 | Ray Poulos | To: Mike Zava, Patrick Connelly, Bill Hunter; Cc: Nancy Strader | 7/31/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000219-220 |
| Electronic Correspondence | 1 | Ray Poulos | Mike Zava | 10/28/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000221 |
| Electronic Correspondence | 15 | Ray Poulos | Patrick Connelly, Steve Raymund, Jeff Howells, Mike Zava | 11/21/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000222-236 |
| Electronic Correspondence | 16 | Ray Poulos | To: Patrick Connelly, Mike Zava; Cc: Nancy Strader | 12/5/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000237-252 |
| Electronic Correspondence | 16 | Patrick Connelly | Alain Ansellem, Pascal Murciano Cc: Patrick Connelly, Ray Poulos | 12/6/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000253-268 |
| Electronic Correspondence | 16 | Ray Poulos | To: Patrick Connelly; Cc: Mike Zava | 11/26/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000269-284 |
| Electronic Correspondence | 22 | Ray Poulos | Bob Johnson | 1/20/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000285-306 |
| Electronic Correspondence | 7 | Jean Galanos | To: Mike Zava, Ray Poulos Cc: David Vetter | 8/23/2002 | ATTORNEY CLIENT/ATTORNEY WORK PRODUCT/ANTICIPATION OF LITIGATION | TD PRIV 000307-313 |
| Electronic Correspondence | 17 | Patrick Connelly | To: Ray Poulos Cc: Patrick Connelly | 12/4/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000314-330 |
| Electronic Correspondence | 2 | Nancy Strader | Ray Poulos, Mike Zava, Patrick Connelly, Bill Hunter | 2/19/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000331-332 |

| Description of Document | No. of Pages | Author | Recipient | Date | Privilege | Bates No. |
|---|---|---|---|---|---|---|
| Electronic Correspondence | 2 | Nancy Strader | Ray Poulos, Mike Zava, Patrick Connelly, Bill Hunter | 2/2/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000333-334 |
| Electronic Correspondence | 3 | Nancy Strader | Ray Poulos | 3/12/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000335-337 |
| Electronic Correspondence | 4 | Ray Poulos | Ray Poulos, Mike Zava, Patrick Connelly, Bill Hunter, Nancy Strader | 3/26/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000338-341 |
| Electronic Correspondence | 1 | Nancy Strader | Ray Poulos, Mike Zava, Patrick Connelly, Bill Hunter | 4/11/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000342 |
| Electronic Correspondence | 3 | Nancy Strader | Ray Poulos | 5/22/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000343-345 |
| Electronic Correspondence | 2 | Ray Poulos | Mike Zava | 6/13/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000346-347 |
| Electronic Correspondence | 2 | Ray Poulos | To: Nancy Strader, Patrick Connelly Cc: Mike Zava | 6/23/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000348-349 |
| Electronic Correspondence | 2 | Ray Poulos | To: Patrick Connelly, Nancy Strader Cc: Mike Zava | 6/23/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000350-351 |
| Electronic Correspondence | 2 | Ray Poulos | Patrick Connelly | 6/27/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000352-353 |
| Electronic Correspondence | 32 | Mike Zava | Ray Poulos | 2/17/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000354-386 |
| Electronic Correspondence | 29 | Nick Tiltman | To: Nick Tiltman, Patrick Connelly, Ray Poulos, Mike Zava Cc: Chris Ward | 4/11/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000387-415 |
| Electronic Correspondence | 13 | Ray Poulos | To: Ray Poulos, Mike | 10/7/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000416-428 |

| Description of Document | No. of Pages | Author | Recipient | Date | Privilege | Bates No. |
|---|---|---|---|---|---|---|
| Electronic Correspondence | 12 | Ray Poulos | Zava, Patrick Connelly Cc: Nancy Strader | 12/31/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000429-440 |
| Electronic Correspondence | 12 | Nancy Strader | To: Mike Zava, Patrick Connelly Cc: Nancy Strader, Ray Poulos | 10/24/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000441-452 |
| Electronic Correspondence | 23 | Nancy Strader | Patrick Connelly, Mike Zava, Bill Hunter, Ray Poulos | 1/30/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000453-475 |
| Electronic Correspondence | 23 | Patrick Connelly | To: Ray Poulos, Mike Zava Cc: Nick Tiltman, Pascal Murciano | 1/20/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000476-498 |
| Electronic Correspondence | 41 | Mike Zava | Ray Poulos | 4/11/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000499-664 (includes multiple copies) |
| Electronic Correspondence | 29 | Ray Poulos | To: Patrick Connelly, Mike Zava, Bill Hunter Cc: Nancy Strader | 2/12/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000665-693 |
| Electronic Correspondence | 18 | Nancy Strader | Ray Poulos, Patrick Connelly, Mike Zava, Bill Hunter | 12/19/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000694-711 |
| Electronic Correspondence | 22 | Ray Poulos | Jose Brito, Ray Poulos | 1/3/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000712-733 |
| Electronic Correspondence | 21 | Jose Brito | Ray Poulos | 1/3/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000734-754 |
| Electronic Correspondence | 19 | Nancy Strader | Ray Poulos, Patrick Connelly, Mike Zava, | 1/3/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000755-773 |

| Description of Document | No. of Pages | Author | Recipient | Date | Privilege | Bates No. |
|---|---|---|---|---|---|---|
| Electronic Correspondence | 25 | Patrick Connelly | Bill Hunter | 12/31/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000774-798 |
| Electronic Correspondence | 18 | Patrick Connelly | To: Nancy Strader, Ray Poulos, Mike Zava, Bill Hunter Cc: Patrick Connelly | 12/13/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000799-816 |
| Electronic Correspondence | 17 | Patrick Connelly | To: Traudl Dawidowitsch, Bill Hunter Cc: Ray Poulos, Patrick Connelly | 12/3/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000817-833 |
| Electronic Correspondence | 17 | Alain Amsellem | To: Patrick Connelly, Alain Amsellem, Pascal Murciano Cc: Patrick Connelly, Ray Poulos | 12/6/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000834-850 |
| Electronic Correspondence | 14 | Nancy Strader | Nancy Strader, Ray Poulos, Mike Zava, Patrick Connelly | 11/21/2001 | ANTICIPATION OF LITIGATION | TD PRIV 000851-864 |
| Electronic Correspondence | 14 | Nancy Strader | Ray Poulos, Mike Zava, Patrick Connelly | 11/14/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000865-878 |
| Electronic Correspondence | 12 | Ray Poulos | To: Mike Zava, Patrick Connelly Cc: Nancy Strader, Ray Poulos | 10/31/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000879-890 |
| Electronic Correspondence | 1 | Charles Tatelbaum | Sangeeta Banerjee | 7/3/2003 | ATTORNEY WORK PRODUCT, ANTICIPATION OF LITIGATION | TD PRIV 000891 |

| Description of Document | No. of Pages | Author | Recipient | Date | Privilege | Bates No. |
|---|---|---|---|---|---|---|
| Electronic Correspondence | 4 | Ray Poulos | To: David Vetter Cc: Mike Zava | 8/20/2002 | ATTORNEY WORK PRODUCT, ANTICIPATION OF LITIGATION, ATTORNEY CLIENT | TD PRIV 000892-895 |
| Electronic Correspondence | 4 | Ray Poulos | Patti Higgs | 8/21/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000896-899 |
| Electronic Correspondence | 5 | Ray Poulos | To: David Vetter Cc: Mike Zava | 8/21/2002 | ATTORNEY WORK PRODUCT, ANTICIPATION OF LITIGATION, ATTORNEY CLIENT | TD PRIV 000900-904 |
| Electronic Correspondence | 13 | Patrick Connelly | To: Ray Poulos, Mike Zava Cc: Nancy Strader | 10/31/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000905-917 |
| Electronic Correspondence | 1 | Mike Zava | To: Nancy Strader, Ray Poulos Cc: Patrick Connelly | 11/8/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000918 |
| Electronic Correspondence | 20 | Ray Poulos | Nancy Strader | 8/23/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000919-938 |
| Electronic Correspondence | 4 | Mike Zava | Ray Poulos | 7/24/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000939-942 |
| Electronic Correspondence | 22 | Ray Poulos | Mike Zava, Patrick Connelly | 1/20/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000943-964 |
| Electronic Correspondence | 19 | Mike Zava | Ray Poulos | 8/6/2003 | ANTICIPATION OF LITIGATION | TD PRIV 000965-989 |
| Electronic Correspondence | 12 | Ray Poulos | Bob Johnson | 10/25/2002 | ANTICIPATION OF LITIGATION | TD PRIV 000990-1001 |
| Electronic Correspondence | 12 | Ray Poulos | Michael Ward | 6/12/2003 | ANTICIPATION OF LITIGATION | TD PRIV 0001002-1013 |
| Electronic Correspondence | 15 | Ray Poulos | Bob Johnson | 11/14/2002 | ANTICIPATION OF LITIGATION | TD PRIV 0001014- |

| Description of Document | No. of Pages | Author | Recipient | Date | Privilege | Bates No. |
|---|---|---|---|---|---|---|
| Electronic Correspondence | 15 | Ray Poulos | Jeff Howells | 11/15/2002 | LITIGATION | 1028 |
| Electronic Correspondence | 15 | Ray Poulos | Nancy Strader | 11/15/2002 | ANTICIPATION OF LITIGATION | TD PRIV 0001029-1043 |
| Electronic Correspondence | 15 | Ray Poulos | To: Patrick Connelly, Steve Raymund Cc: Mike Zava | 11/14/2002 | ANTICIPATION OF LITIGATION | TD PRIV 0001044-1058 |
| Electronic Correspondence | 51 | Mike Zava | To: Steve Raymund Cc: Patrick Connelly, Jeff Howells, Ray Poulos | 6/13/2003 | ANTICIPATION OF LITIGATION | TD PRIV 0001059-1073 |
| Electronic Correspondence | 6 | Ray Poulos | Bob Johnson | 8/6/2003 | ANTICIPATION OF LITIGATION | TD PRIV 0001074-1122 |
| Electronic Correspondence | 2 | Ray Poulos | Mike Zava | 8/6/2003 | ANTICIPATION OF LITIGATION | TD PRIV 0001123-1128 |
| Electronic Correspondence | 5 | Patrick Connelly | To: Alain Ansellen, Pascal Murciano, Tony Taylor, Nick Tiltman, Mark-Bjoern Koenig, Frank Woolbrink, Frank Vandeputte, Karina Ljungberg Cc: Ray Poulos, Jeff Howells, Steve Raymund, Mike Zava | 7/21/2003 | ANTICIPATION OF LITIGATION | TD PRIV 0001129-1130 |
| Electronic Correspondence | 4 | Nancy Strader | Ray Poulos | 6/13/2003 | ANTICIPATION OF LITIGATION | TD PRIV 0001131-1135 |
| Electronic Correspondence | 3 | Ray Poulos | To: Mike Zava Cc: Nancy Strader | 5/28/2003 | ANTICIPATION OF LITIGATION | TD PRIV 0001136-1139 |
| Electronic Correspondence | 4 | Nancy Strader | Ray Poulos, Mike | 7/23/2003 | ANTICIPATION OF LITIGATION | TD PRIV 0001140-1142 TD PRIV 0001143- |

| Description of Document | No. of Pages | Author | Recipient | Date | Privilege | Bates No. |
|---|---|---|---|---|---|---|
| Electronic Correspondence | | | Zava, Patrick Connelly, Bill Hunter | | LITIGATION | 1147 |
| Electronic Correspondence | 15 | Patrick Connelly | Ray Poulos, Steve Raymnd, Jeff Howells, Mike Zava | 11/21/2002 | ANTICIPATION OF LITIGATION | TD PRIV 0001148-1162 |
| Electronic Correspondence | 13 | Ray Poulos | To: Ray Poulos, Mike Zava, Patrick Connelly Cc: Nancy Strader | 11/7/2002 | ANTICIPATION OF LITIGATION | TD PRIV 0001163-1175 |
| Electronic Correspondence | 12 | Ray Poulos | To: Mike Zava, Patrick Connelly Cc: Nancy Strader, Ray Poulos | 10/31/2002 | ANTICIPATION OF LITIGATION | TD PRIV 0001176-1187 |
| Electronic Correspondence | 3 | David Vetter | Ray Poulos | 9/10/2003 | ATTORNEY CLIENT/ATTORNEY WORK PRODUCT | TD PRIV 0001188-1190 |

**EXHIBIT A**

| Description of Document | No. Pages | Author | Recipient | Date | Privilege | Bates No. |
|---|---|---|---|---|---|---|
| ANM Notes for Customer #1190448 | 1 | Tech Data employees | Tech Data employees | 10/09/03 | Redacted Portion of ANM notes outside scope of applicable date range | TD 065226 |
| ANM Notes for Customer #1191582 | 1 | Tech Data employees | Tech Data employees | 10/09/03-07/16/04 | Redacted Portion of ANM notes outside scope of applicable date range | TD 065229 |
| ANM Notes for Customer #1190353 | 1 | Tech Data employees | Tech Data employees | 10/09/03-11/18/04 | Redacted Portion of ANM notes outside scope of applicable date range | TD 065232 |
| ANM Notes for Customer #1107784 | 2 | Tech Data employees | Tech Data employees | 05/26/98-04/19/01 | Redacted Portion of ANM notes outside scope of applicable date range | TD 065233 – TD 065234 |
| ANM Notes for Customer #1107784 | 1 | Tech Data employees | Tech Data employees | 09/11/03-09/25/03 | Redacted Portion of ANM notes outside scope of applicable date range | TD 065249 |
| ANM Notes for Customer #742540 | 1 | Tech Data employees | Tech Data employees | 05/23/89-05/22/90 | Redacted Portion of ANM notes outside scope of applicable date range | TD 065250 |

{N0567608_1}

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

In the Matter of:

BRIDGEPORT HOLDINGS, INC., et al.,          Civil Action No. 05-622 GMS

                Debtors.
_____/
KEITH F. COOPER, As Liquidating
Trustee Of The Bridgeport Holdings Inc.
Liquidating Trust,
                Plaintiff,
v.
TECH DATA CORPORATION,
                Defendant.
_____/

## NOTICE OF SERVICE

    I certify that on February 16, 2006, I caused a true and correct copy of Defendant's First Amended Privilege Log to be served via U.S. Mail upon *William H. Sudell, Esq.*, Morris, Nichols, Arsht & Tunnell, 1201 North Market Street, Wilmington, DE 19899, wsudell@mnat.com, and *S. Margie Venus, Esq.*, Akin, Gump, Strauss, Hauer & Feld, LLP, 1111 Louisiana Street, 44th Floor, Houston, TX 77002, svenus@akingump.com, *Attorneys for the Plaintiff.*

                                        DRINKER BIDDLE & REATH LLP

                                        By:   /s/Howard A. Cohen
                                              Howard A. Cohen (DE 4082)
                                              1100 N. Market Street, Suite 1000
                                              Wilmington, DE 19801
                                              Telephone: (302) 467-4200
                                              Facsimile: (302) 467-4201

                                        and

                                        ADORNO & YOSS LLP
                                        Charles M. Tatelbaum
                                        Stephen C. Hunt
                                        350 East Las Olas Blvd., Suite 1700
                                        Fort Lauderdale, FL 33301

                                        *Attorneys for Defendant,*
                                        *Tech Data Corporation*

**DATE:** 2-16-06

WM\5450\1                                    2                                  **DOCKET:** # 15

## Service of Process:
1:05-cv-00622-GMS Cooper v. Tech Data Corporation

**U.S. District Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from Cohen, Howard entered on 2/16/2006 at 5:13 PM EST and filed on 2/16/2006

**Case Name:** Cooper v. Tech Data Corporation
**Case Number:** 1:05-cv-622
**Filer:** Tech Data Corporation
**Document Number:** 15

**Docket Text:**
CERTIFICATE OF SERVICE of Defendant's First Amended Privilege Log by Tech Data Corporation (Cohen, Howard)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/16/2006] [FileNumber=170830-0]
[8b72863ed79e509c71b57d0357e30c5a3c5c960841d003dd9d1aeea029758b084dc0
3915d949809cd9db8aec512682b0118117eed64ec8c208c7fc807139cff6]]

**1:05-cv-622 Notice will be electronically mailed to:**

Howard A. Cohen    howard.cohen@dbr.com, amy.kinslow@dbr.com

William H. Sudell , Jr    wsudell@mnat.com,

**1:05-cv-622 Notice will be delivered by other means to:**