# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

In the Matter of:

BRIDGEPORT HOLDINGS, INC., et al.,

    Debtors.
_____/

KEITH F. COOPER, As Liquidating
Trustee Of The Bridgeport Holdings Inc.
Liquidating Trust,

    Plaintiff,

        v.                          Civil Action No. 05-622 GMS

TECH DATA CORPORATION,

    Defendant.
_____/

## NOTICE OF SERVICE

    I hereby certify that on February 23, 2006, I caused a true and correct copy of DEFENDANT TECH DATA CORPORATION'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS to be served by electronic mail and hand delivery upon: William H. Sudell, Esq., Morris, Nichols, Arsht & Tunnell, 1201 North Market Street, Wilmington, Delaware 19899 and by electronic mail and federal express upon: S. Margie Venus and Matthew Okin, Esqs., Akin, Gump, Strauss, Hauer & Feld LLP, at 1111 Louisiana Street, 44th Floor, Houston, Texas 77002.

                              **DRINKER BIDDLE & REATH LLP**

                              /s/ Howard A. Cohen
                              Howard A. Cohen (DE 4082)
                              1100 N. Market Street, Suite 1000
                              Wilmington, DE 19801
                              Telephone: (302) 467-4200
                              Facsimile: (302) 467-4201

                              *Attorneys for Defendant,*
                              *Tech Data Corporation*