IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BRIDGEPORT HOLDINGS, INC. et al. | ) | Case No. 03-12825 (PJW) |
| | ) | |
|     Reorganized Debtors, | ) | |

| | | |
|---|---|---|
| | ) | |
| KEITH F. COOPER, as Liquidating Trustee | ) | |
| of the Bridgeport Holdings, Inc. Liquidating Trust, | ) | Civil Proc. No. 05-00622 (GMS) |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| TECH DATA CORPORATION | ) | |
| | ) | |
|     Defendant. | ) | |

## NOTICE OF SERVICE [RE: D.I. 20]

    PLEASE TAKE NOTICE that on February 24, 2006, a copy of the **Motion And Order For Admission Pro Hac Vice (Re: Jonathan S. Schmitt)** (D.I. 20) was served in the manner indicated upon the entity identified below:

### VIA HAND DELIVERY

    Howard A. Cohen
    Drinker Biddle
    1100 N. Market Street, Ste. 1000
    Wilmington, DE 19801-1254

Dated: February 28, 2006        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                          */s/ Daniel B. Butz*
                                          Daniel B. Butz (No. 4227)
                                          1201 North Market Street
                                          P.O. Box 1347
                                          Wilmington, Delaware 19899-1347
                                          Telephone: (302) 658-9200
                                          Facsimile: (302) 658-3989

                                          Attorneys for Keith F. Cooper, as Liquidating
                                          Trustee of the Bridgeport Holdings, Inc.
                                          Liquidating Trust

508501