IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BRIDGEPORT HOLDINGS, INC. et al. | ) | Case No. 03-12825 (PJW) |
| | ) | |
| Reorganized Debtors, | ) | |

| | | |
|---|---|---|
| | ) | |
| KEITH F. COOPER, as Liquidating Trustee | ) | |
| of the Bridgeport Holdings, Inc. Liquidating Trust, | ) | Civil Proc. No. 05-00622 (GMS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| TECH DATA CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE [RE: D.I. 21]

PLEASE TAKE NOTICE that on February 24, 2006, a copy of the **Motion And Order For Admission Pro Hac Vice (Re: Matthew Okin)** (D.I. 21) was served in the manner indicated upon the entity identified below:

### VIA HAND DELIVERY

Howard A. Cohen
Drinker Biddle
1100 N. Market Street, Ste. 1000
Wilmington, DE 19801-1254

Dated: February 28, 2006

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Daniel B. Butz*
Daniel B. Butz (No. 4227)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

Attorneys for Keith F. Cooper, as Liquidating Trustee of the Bridgeport Holdings, Inc. Liquidating Trust

508504