# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

In the Matter of:

BRIDGEPORT HOLDINGS, INC., et al.,

    Debtors.
_____/

KEITH F. COOPER, As Liquidating
Trustee Of The Bridgeport Holdings Inc.
Liquidating Trust,

    Plaintiff,

v.     Civil Action No. 05-622 GMS

TECH DATA CORPORATION,

    Defendant.
_____/

## NOTICE OF SERVICE

I hereby certify that on March 3, 2006, I caused a true and correct copy of ***DEFENDANT TECH DATA CORPORATION'S SECOND AMENDED SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS*** and ***SECOND AMENDED PRIVILEGE LOG*** to be served via electronic mail upon the following:

William H. Sudell, Esq.  
Morris, Nichols, Arsht & Tunnell  
1201 North Market Street  
Wilmington, DE 19899  

Matthew Okin, Esq.  
Akin, Gump, Strauss, Hauer & Feld LLP  
1111 Louisiana Street, 44th Floor  
Houston, TX 77002  

**DRINKER BIDDLE & REATH LLP**

/s/ Howard A. Cohen  
Howard A. Cohen (DE 4082)  
1100 N. Market Street, Suite 1000  
Wilmington, DE 19801  
Telephone: (302) 467-4200  
Facsimile: (302) 467-4201  

*Attorneys for Defendant,*  
*Tech Data Corporation*

WM\5497\1