# EXHIBIT 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BRIDGEPORT HOLDINGS, INC. et al. | ) | Case No. 03-12825 (PJW) |
| | ) | |
|     Reorganized Debtors, | ) | |

| | | |
|---|---|---|
| KEITH F. COOPER, as Liquidating Trustee of the Bridgeport Holdings, Inc. Liquidating Trust, | ) ) ) | |
| | ) | Civil Proc. No. 05-00622 (GMS) |
|     Plaintiff, | ) ) | |
| | ) | |
| TECH DATA CORPORATION | ) ) | |
|     Defendant. | ) | |

### ORDER

This _____ day of _____ 2005, plaintiff Keith F. Cooper, as the Liquidating Trustee of the Bridgeport Holdings Inc. Liquidating Trust ("Plaintiff"), having moved the Court pursuant to Federal Rule of Bankruptcy Procedure 7015(a) and Federal Rule of Civil Procedure 15(a) for entry of an order granting leave to file an amended complaint (the "Amended Complaint"), and the Court having considered said motion and any response(s) thereto;

IT IS HEREBY ORDERED that:

1.     Plaintiff's Motion for Leave to File an Amended Complaint is GRANTED;

2.     The Amended Complaint shall be in the form attached to Plaintiff's motion as Exhibit 2;

3.     Plaintiff shall serve and file its Amended Complaint forthwith; and

4.    Defendant shall respond to the Amended Complaint within 20 days after service thereof.

_____

UNITED STATES DISTRICT JUDGE