## CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **Plaintiff's Motion For Leave To File An Amended Complaint** was caused to be made on March 13, 2006, in the manner indicated upon the entities identified below.

### BY FIRST CLASS MAIL

Howard A. Cohen
Drinker, Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801

Charles M. Tatelbaum
Stephen C. Hunt
Adorno & Yoss LLP
350 E. Las Olas Blvd., Suite 1700
Fort Lauderdale, FL 33301

Date: March 13, 2006

Daniel B. Butz (No. 4227)

511016