IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| BRIDGEPORT HOLDINGS, INC. et al., ) | Case No. 03-12825 (PJW) |
| ) | |
| Reorganized Debtors. ) | |
| ) | |
| KEITH F. COOPER, as Liquidating Trustee ) of the Bridgeport Holdings, Inc. Liquidating Trust, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Proc. No. 05-00622 (GMS) |
| ) | |
| TECH DATA CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Noah Bloomberg to represent Defendant, Tech Data Corporation in this action.

Dated: March 24, 2006

/s/ Howard A. Cohen
Howard A. Cohen (DE 4082)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Noah S. Bloomberg (Florida Bar No. 0018543)
ADORNO & YOSS, LLP
350 E. Las Olas Blvd., Suite 1700
Fort Lauderdale, FL 33301
Telephone:   (954) 763-1200
Facsimile:   (954) 766-7800

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____, 2006        _____
                                    United States District Judge