IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BRIDGEPORT HOLDINGS, INC. et al. | ) | Case No. 03-12825 (PJW) |
| | ) | |
| Reorganized Debtors, | ) | |

| | | |
|---|---|---|
| KEITH F. COOPER, as Liquidating Trustee of the Bridgeport Holdings, Inc. Liquidating Trust, | ) ) ) ) | Civil Proc. No. 05-00622 (GMS) |
| Plaintiff, | ) ) | |
| TECH DATA CORPORATION | ) ) | |
| Defendant. | ) ) | |

**CERTIFICATION OF NO OBJECTION REGARDING PLAINTIFF'S MOTION
FOR LEAVE TO FILE AN AMENDED COMPLAINT [RE: D.I. 27]**

The undersigned hereby certifies that, as of the date hereof, she received no answer, objection or other responsive pleading to the **Plaintiff's Motion For Leave To File An Amended Complaint** (D.I. 27) (the "Motion") filed on March 13, 2006. The undersigned further certifies that she has caused the review of the Court's docket in these cases and no other answer, objection or responsive pleading to the Motion appears thereon.

Pursuant to D. Del. L.R. 7.1.2, objections to the Motion were to be filed and served no later than March 27, 2006.

      Accordingly, the undersigned respectfully requests that the Motion be granted and the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: March 29, 2006
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL

_____
William H. Sudell, Jr. (No. 463)
Daniel B. Butz (No. 4227)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

- and -

AKIN GUMP STRAUSS HAUER & FELD LLP
S. Margie Venus, Esq.
Matthew S. Okin, Esq.
Jonathan S. Schmitt, Esq.
1111 Louisiana St., 44th Floor
Houston, TX 77002
Telephone: (713) 220-5800

Counsel to the Plaintiff, Bridgeport Holdings, Inc. Liquidating Trust

513615