# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

In the Matter of:

BRIDGEPORT HOLDINGS, INC., et al.,

    Debtors.
_____/
KEITH F. COOPER, As Liquidating
Trustee Of The Bridgeport Holdings Inc.
Liquidating Trust,

    Plaintiff,

    v.                                  Civil Action No. 05-622 GMS

TECH DATA CORPORATION,

    Defendant.
_____/

## NOTICE OF SERVICE

    I hereby certify that on April 3, 2006, I caused a true and correct copy of ***DEFENDANT TECH DATA CORPORATION'S THIRD AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS*** and ***THIRD AMENDED PRIVILEGE LOG*** to be served via electronic mail upon the following:

| | |
|---|---|
| William H. Sudell, Esq. | Matthew Okin, Esq. |
| Morris, Nichols, Arsht & Tunnell | Akin, Gump, Strauss, Hauer & Feld LLP |
| 1201 North Market Street | 1111 Louisiana Street, 44th Floor |
| Wilmington, DE 19899 | Houston, TX 77002 |

Dated: April 3, 2006                **DRINKER BIDDLE & REATH LLP**

                                        /s/ Howard A. Cohen
                                        Howard A. Cohen (DE 4082)
                                        1100 N. Market Street, Suite 1000
                                        Wilmington, DE 19801
                                        Telephone: (302) 467-4200
                                        Facsimile: (302) 467-4201

                                        *Attorneys for Defendant,*
                                        *Tech Data Corporation*