IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In the Matter of:

BRIDGEPORT HOLDINGS, INC., et al.,

    Debtors.
_____/
KEITH F. COOPER, As Liquidating
Trustee Of The Bridgeport Holdings Inc.
Liquidating Trust,

    Plaintiff,

        v.                            Civil Action No.  05-622 GMS

TECH DATA CORPORATION,

    Defendant.
_____/

**DEFENDANT TECH DATA'S MOTION TO DISMISS
COUNTS II AND III OF THE FIRST AMENDED COMPLAINT OR,
ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT FOR
COUNTS II AND III OF THE FIRST AMENDED COMPLAINT**

TECH DATA CORPORATION, the Defendant and movant herein ("Tech Data" or the "Defendant"), by and through its undersigned counsel, as and for its Motion to Dismiss Counts II & III of the First Amended Complaint made pursuant to Rule 12 of the Federal Rules of Civil Procedure (the "Rules") made applicable herein by Rule 7012 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), respectfully states as follows:

    1.    On September 11, 2003, Bridgeport Holdings, Inc. ("Bridgeport") filed its Voluntary Petition for relief pursuant to Chapter of the United States Bankruptcy Code (the "Petition"). *Main Bankruptcy Proceeding*, Case No. 03-12825, D.I. #1.

2. On January 13, 2005 in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), the Liquidating Trustee filed a Complaint to Avoid Certain Transfers, to Recover Property and for Related Relief Against Tech Data. *Adversary Proceeding*, Case No. 05-50064, D.I. #1 (the "Adversary Proceeding").

3. On or about August, 23, 2005, Tech Data filed its Motion for Withdrawal of Reference to this Court, which was subsequently granted in an Order signed on September 27, 2005. *Tech Data Adversary Proceeding*, D.I. #46, 52.

4. On March 13, 2006, the Plaintiff filed its Motion to File an Amended Complaint, which motion has been granted. The First Amended Complaint alleged two counts for fraudulent transfers in addition to the previous Complaint's sole count seeking to avoid preferential transfers.

**RELIEF REQUESTED AND REASONS THEREFOR**

5. Tech Data respectfully requests dismissal of Counts II and III for fraudulent transfers pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

6. Rule 12(b) provides that with respect to a motion to dismiss for failing to state a claim upon which relief can be granted, if matters outside the pleadings are presented to and not excluded by the court, the motion to dismiss shall be treated as one for summary judgment and to be disposed of as provided by Rule 56. Tech Data submits that the issues raised by this Motion may be considered by the Court without going outside of the First Amended Complaint. If, however, the Court in considering this Motion must review the docket of this case, and the Court deems such view as proceeding outside of the pleadings, Tech Data respectfully submits that this Court consider the within Motion as one for partial summary judgment pursuant to Rule 56 on

the same grounds. Throughout this motion, Tech Data will not differentiate between a motion pursuant to Rule 12(b)(6) and Rule 56, as the issues and the law are identical.

7. Pursuant to the points and authorities set forth in Tech Data's accompanying Memorandum, the sum and substance of which is incorporated herein as if set forth fully, the Plaintiff is not able to demonstrate the existence of any set of facts which would entitle him to relief on Counts II and III.

8. The expiration of the statute of limitations relevant to Counts II and III precludes relief in this matter, renders dismissal of these counts a necessity, and Tech Data is entitled to dismissal of Counts II and III as a matter of law.

*(Remainder of page intentionally left blank)*

WHEREFORE, Tech Data Corporation respectfully requests that the Court enter an Order dismissing Counts II and/or III of the First Amended Complaint, and for such other and further relief as the Court may determine to be just and equitable under the circumstances, including but not limited to attorneys' fees and costs.

Dated: April 7, 2006                                        **DRINKER BIDDLE & REATH LLP**

/s/  Howard A. Cohen
Howard A. Cohen (DE 4082)
1100 N. Market Street, Suite 1000
Wilmington, DE  19801
Telephone: (302) 467-4200
Facsimile:  (302) 467-4201

- and -

Stephen C. Hunt (Admitted *Pro Hac Vice*)
ADORNO & YOSS LLP
350 E. Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
Telephone: (954) 763-1200
Facsimile:  (954) 766-7800

Attorneys for Defendant,
Tech Data Corporation