# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

In the Matter of:

BRIDGEPORT HOLDINGS, INC., et al.,

    Debtors.
_____/
KEITH F. COOPER, As Liquidating
Trustee Of The Bridgeport Holdings Inc.
Liquidating Trust,

    Plaintiff,

       v.                        Civil Action No.  05-622 GMS

TECH DATA CORPORATION,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

    I hereby certify that on April 7, 2006, I caused a true and correct copy of ***Defendant Tech Data's Motion to Dismiss Counts II and III of the First Amended Complaint or, Alternatively, for Partial Summary Judgment for Counts II and III of the First Amended Complaint and Defendant Tech Data's Memorandum of Points and Authorities in Support of Its Motion to Dismiss Counts II and III of the First Amended Complaint*** to be served upon the following in the manner indicated:

| *Hand Delivery* | *First Class Mail* |
|---|---|
| William H. Sudell, Esq. | Matthew Okin, Esq. |
| Morris, Nichols, Arsht & Tunnell | Akin, Gump, Strauss, Hauer & Feld LLP |
| 1201 North Market Street | 1111 Louisiana Street, 44th Floor |
| Wilmington, DE  19899 | Houston, TX  77002 |

Dated:  April 7, 2006                      **DRINKER BIDDLE & REATH LLP**

                                            /s/ Howard A. Cohen
                                            Howard A. Cohen (DE 4082)
                                            1100 N. Market Street, Suite 1000
                                            Wilmington, DE 19801
                                            Telephone: (302) 467-4200
                                            Facsimile:  (302) 467-4201

                                            Attorneys for Defendant,
                                            Tech Data Corporation