# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

In the Matter of:

BRIDGEPORT HOLDINGS, INC., et al.,

    Debtors.
_____/

KEITH F. COOPER, As Liquidating
Trustee Of The Bridgeport Holdings Inc.
Liquidating Trust,

    Plaintiff,

        v.                            Civil Action No. 05-622 GMS

TECH DATA CORPORATION,

    Defendant.
_____/

## NOTICE OF SERVICE

      I hereby certify that on April 7, 2006, I caused a true and correct copy of ***Defendant Tech Data Corporation's Fifth Supplemental Responses and Objections to Plaintiff's Requests for Production of Documents*** to be served upon the following in the manner indicated:

***Overnight Mail***
Matthew Okin, Esq.
Akin, Gump, Strauss, Hauer & Feld LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002

Dated: April 10, 2006                    **DRINKER BIDDLE & REATH LLP**

                                              /s/ Howard A. Cohen
                                              Howard A. Cohen (DE 4082)
                                              1100 N. Market Street, Suite 1000
                                              Wilmington, DE 19801
                                              Telephone: (302) 467-4200
                                              Facsimile: (302) 467-4201

                                              Attorneys for Defendant,
                                              Tech Data Corporation

WM\5623\1