CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon all counsel of record via U.S. Mail on this 17th day of April, 2006 in accordance with the Federal Rules of Civil Procedure.

> Howard A. Cohen
> Drinker, Biddle & Reath LLP
> 1100 N. Market Street, Suite 1000
> Wilmington, DE 19801
>
> Charles M. Tatelbaum
> Stephen C. Hunt
> Adorno & Yoss LLP
> 350 E. Las Olas Blvd., Suite 1700
> Fort Lauderdale, FL 33301

_____
Daniel B. Butz