IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In the Matter of:

BRIDGEPORT HOLDINGS, INC., et al.,

    Debtors.
_____/

KEITH F. COOPER, As Liquidating
Trustee Of The Bridgeport Holdings Inc.
Liquidating Trust,

    Plaintiff,

        v.                                            Civil Action No. 05-622

TECH DATA CORPORATION,

    Defendant.
_____/

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on this 25th day of April, 2006, I caused a true and correct copy of the ***Reply Brief by Defendant Tech Data Corporation in Further Support of Its Motion to Dismiss Counts II and III of Plaintiff's First Amended Complaint*** to be served in the manner indicated on the following parties:

***Hand Delivery***
William H. Sudell, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899

WM\5676\1

*First Class Mail*
Matthew Okin, Esq.
Akin, Gump, Strauss, Hauer & Feld LLP
1111 Louisiana Street, 44th Floor
Houston, TX  77002


Dated: April 25, 2006                             **DRINKER BIDDLE & REATH LLP**

　　　　　　　　　　　　　　　　　　　　　　　　/s/  Howard A. Cohen
　　　　　　　　　　　　　　　　　　　　　　　　Howard A. Cohen (DE 4082)
　　　　　　　　　　　　　　　　　　　　　　　　1100 N. Market Street, Suite 1000
　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 467-4200
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (302) 467-4201

　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　　　　　　Tech Data Corporation