IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In the Matter of:

BRIDGEPORT HOLDINGS, INC., et al.,

    Debtors.
_____/

KEITH F. COOPER, As Liquidating
Trustee Of The Bridgeport Holdings Inc.
Liquidating Trust,

    Plaintiff,

        v.                              Civil Action No. 05-622

TECH DATA CORPORATION,

    Defendant.
_____/

## NOTICE OF COMPLETION OF BRIEFING

Defendant, Tech Data Corporation ("Defendant") by its attorneys Drinker Biddle & Reath LLP, hereby submits this Notice of Completion of Briefing.

1.    On April 7, 2006, Defendant filed its Motion to Dismiss Based Upon Counts II and III of the First Amended Complaint or, Alternatively, for Partial Summary Judgment for Counts II and III of the First Amended Complaint (D.I. 32).

2.    On April 7, 2006, Defendant filed its Memorandum of Points and Authorities in Support of Motion to Dismiss Based Upon Counts II and III of the First Amended Complaint or, Alternatively, for Partial Summary Judgment for Counts II and III of the First Amended Complaint (D.I. 33).

WM\5673\1

3.      On April 17, 2006, Plaintiff filed its Response to Defendant's Motion to Dismiss Based Upon Counts II and III of the First Amended Complaint or, Alternatively, for Partial Summary Judgment for Counts II and III of the First Amended Complaint (D.I. 37).

4.      On April 25, 2006, Defendant filed its Reply Brief in Further Support of Motion to Dismiss Based Upon Counts II and III of the First Amended Complaint or, Alternatively, for Partial Summary Judgment for Counts II and III of the First Amended Complaint (D.I. 38).

WHEREFORE, undersigned counsel respectfully submits that Defendant's Motion to Dismiss Based Upon Counts II and III of the First Amended Complaint or, Alternatively, for Partial Summary Judgment for Counts II and III of the First Amended Complaint has been fully briefed and is ready for decision by the District Court.

Dated: April 25, 2006                                   **DRINKER BIDDLE & REATH LLP**

/s/ Howard A. Cohen
Howard A. Cohen (DE 4082)
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

Attorneys for Defendant,
Tech Data Corporation