# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

In the Matter of:

BRIDGEPORT HOLDINGS, INC., et al.,

    Debtors.

_____/

KEITH F. COOPER, As Liquidating
Trustee Of The Bridgeport Holdings Inc.
Liquidating Trust,

    Plaintiff,

        v.                              Civil Action No. 05-622

TECH DATA CORPORATION,

    Defendant.

_____/

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 25th day of April, 2006, I caused a true and correct copy of the ***Notice of Completion of Briefing*** to be served in the manner indicated on the following parties:

***Hand Delivery***
William H. Sudell, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899

WM\5673\1

- 2 -

*First Class Mail*
Matthew Okin, Esq.
Akin, Gump, Strauss, Hauer & Feld LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002


Dated: April 25, 2006                           **DRINKER BIDDLE & REATH LLP**


/s/  Howard A. Cohen
Howard A. Cohen (DE 4082)
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

Attorneys for Defendant,
Tech Data Corporation