IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BRIDGEPORT HOLDINGS, INC. et al. | ) | Case No. 03-12825 (PJW) |
| | ) | |
| Reorganized Debtors, | ) | |

| | | |
|---|---|---|
| KEITH F. COOPER, as Liquidating Trustee of the Bridgeport Holdings, Inc. Liquidating Trust, | ) ) ) ) | Civil Proc. No. 05-00622 (GMS) |
| Plaintiff, | ) ) | |
| TECH DATA CORPORATION | ) ) | |
| Defendant. | ) | |

## ORDER

This ____ day of _____ 2006, plaintiff Keith F. Cooper, as the Liquidating Trustee of the Bridgeport Holdings Inc. Liquidating Trust ("Plaintiff"), having moved the Court pursuant to Rule 7.1.3(c)(2) of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware (the "Local Rules") for entry of an order striking certain portions of Defendant Tech Data Corporation's Reply Brief (the "Reply Brief") in Support of its Motion to Dismiss Counts II and III of the First Amended Complaint or, Alternatively, for Partial Summary Judgment for Counts II and III of the First Amended Complaint, and the Court having considered said motion and any response(s) thereto;

IT IS HEREBY ORDERED that:

1.  Plaintiff's Motion to Strike Portions of Defendant's Reply in Support of Its Motion to Dismiss Counts II and III of Plaintiff's First Amended Complaint is GRANTED;

2. The reference that Plaintiff's "First Amended Complaint was never 'officially' filed" is stricken from paragraph 15 of the Reply Brief;

3. The reference to a missing exhibit is stricken from page 7 of the Reply Brief and Defendant's argument that the Amended Complaint sets forth "new" or "different" transactions from the Original Complaint is stricken from the Reply Brief;

4. The argument that Defendant "has never before been put on notice of the possibility of claims outside the preference period," and that "Plaintiff is seeking, at a minimum, to recover two extra days' worth of transfers in his First Amended Petition," is stricken from the Reply Brief.

_____
UNITED STATES DISTRICT JUDGE