## CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the **Plaintiff's Motion To Strike Portions Of Defendant's Reply In Support Of Its Motion To Dismiss Counts II And III Of Plaintiff's First Amended Complaint** was caused to be made on April 28, 2006, in the manner indicated, upon the following individuals:

| BY HAND-DELIVERY | BY FIRST CLASS MAIL |
|---|---|
| Howard A. Cohen<br>Drinker, Biddle & Reath LLP<br>1100 N. Market Street, Suite 1000<br>Wilmington, DE 19801 | Charles M. Tatelbaum<br>Stephen C. Hunt<br>Adorno & Yoss LLP<br>350 E. Las Olas Blvd., Suite 1700<br>Fort Lauderdale, FL 33301 |

Dated: April 28, 2006
Wilmington, Delaware

Daniel B. Butz (No. 4227)

517941