IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BRIDGEPORT HOLDINGS, INC. et al. | ) | Case No. 03-12825 (PJW) |
| | ) | |
| Reorganized Debtors, | ) | |
| | ) | |
| KEITH F. COOPER, as Liquidating Trustee of the Bridgeport Holdings, Inc. Liquidating Trust, | ) ) ) ) | Civil Proc. No. 05-00622 (GMS) |
| Plaintiff, | ) ) | |
| TECH DATA CORPORATION | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on May 3, 2006, plaintiff Keith F. Cooper, as the Liquidating Trustee of the Bridgeport Holdings Inc. Liquidating Trust, filed the attached **Exhihit A** to the First Amended Complaint To Avoid Certain Transfers, To Recover Property And For Related Relief. This Exhibit A is an exact duplicate of the Exhibit A that was attached to the original Complaint To Avoid Certain Transfers, To Recover Property And For Related Relief.

Dated: May 3, 2006                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/

William H. Sudell, Jr. (No. 0463)
Daniel B. Butz (No. 4227)
1201 North Market Street
Wilmington, DE 19899
(302) 658-9200
(302) 658-3989 (fax)

- and –

AKIN GUMP STRAUSS HAUER & FELD LLP
S. Margie Venus
Matthew S. Okin
Katy Gottsponer
1111 Louisiana Street, 44th Floor
Houston, TX 77002
(713) 220-5800
(713) 236-0822 (Fax)

ATTORNEYS FOR PLAINTIFF, KEITH F. COOPER, as Liquidating Trustee of the Bridgeport Holdings, Inc. Liquidating Trust

518591