**EXHIBIT A**

| Check Number | Date Cleared | Check Date | SumOfPaid Amount |
|---:|---|---|---:|
| 1957 | 30-Jul-03 | 30-Jul-03 | $ 43,846.28 |
| 1964 | 05-Aug-03 | 05-Aug-03 | 85,345.44 |
| 1965 | 06-Aug-03 | 06-Aug-03 | 105,000.00 |
| 1969 | 08-Aug-03 | 08-Aug-03 | 68,310.07 |
| 1970 | 11-Aug-03 | 11-Aug-03 | 86,034.22 |
| 1976 | 12-Aug-03 | 12-Aug-03 | 151,159.28 |
| 1980 | 12-Aug-03 | 12-Aug-03 | 149,805.74 |
| 1993 | 20-Aug-03 | 20-Aug-03 | 286,198.62 |
| 2002 | 26-Aug-03 | 26-Aug-03 | 270,153.71 |
| 2007 | 29-Aug-03 | 29-Aug-03 | 171,355.48 |
| 2014 | 03-Sep-03 | 03-Sep-03 | 184,384.84 |
| 2020 | 05-Sep-03 | 05-Sep-03 | 9,372.60 |
| 1055706 | 12-Jun-03 | 10-Jun-03 | 96,883.75 |
| 1055717 | 19-Jun-03 | 11-Jun-03 | 221,901.91 |
| 1055744 | 16-Jun-03 | 12-Jun-03 | 400,033.09 |
| 1055910 | 20-Jun-03 | 18-Jun-03 | 245,784.59 |
| 1055932 | 23-Jun-03 | 19-Jun-03 | 265,195.70 |
| 1055936 | 23-Jun-03 | 19-Jun-03 | 133,216.67 |
| 1055948 | 23-Jun-03 | 20-Jun-03 | 206,301.45 |
| 1056073 | 26-Jun-03 | 23-Jun-03 | 274,075.64 |
| 1056127 | 30-Jun-03 | 26-Jun-03 | 377,112.17 |
| 1056134 | 30-Jun-03 | 27-Jun-03 | 270,986.70 |
| 1056304 | 07-Jul-03 | 02-Jul-03 | 372,098.32 |
| 1056312 | 07-Jul-03 | 03-Jul-03 | 464,003.67 |
| 1056316 | 07-Jul-03 | 03-Jul-03 | 184,119.25 |
| 1056435 | 10-Jul-03 | 07-Jul-03 | 75,102.62 |
| 1056442 | 11-Jul-03 | 08-Jul-03 | 99,562.77 |
| 1056447 | 14-Jul-03 | 09-Jul-03 | 10,324.81 |
| 1056476 | 14-Jul-03 | 10-Jul-03 | 304,726.86 |
| 1056486 | 14-Jul-03 | 11-Jul-03 | 532,552.31 |
| 1056628 | 16-Jul-03 | 14-Jul-03 | 131,607.27 |
| 1056644 | 17-Jul-03 | 15-Jul-03 | 195,703.46 |
| 1056646 | 17-Jul-03 | 15-Jul-03 | 250,000.00 |
| 1056682 | 21-Jul-03 | 18-Jul-03 | 7,074.55 |
| 1056795 | 23-Jul-03 | 21-Jul-03 | 77,015.46 |
| 1056796 | 23-Jul-03 | 21-Jul-03 | 190,000.00 |
| 1056805 | 25-Jul-03 | 23-Jul-03 | 507,745.50 |
| 1941 | 29-Jul-03 | 29-Jul-03 | 400,706.59 |
| 1956 | 30-Jul-03 | 30-Jul-03 | 147,232.66 |
| 1960 | 30-Jul-03 | 30-Jul-03 | 173,706.03 |
| 1985 | 18-Aug-03 | 18-Aug-03 | 112,137.05 |
| 1990 | 19-Aug-03 | 19-Aug-03 | 111,774.99 |
| 1999 | 25-Aug-03 | 25-Aug-03 | 111,441.19 |
| 2003 | 27-Aug-03 | 27-Aug-03 | 296,370.93 |
| 2019 | 04-Sep-03 | 04-Sep-03 | 191,223.22 |
| 1055705 | 13-Jun-03 | 10-Jun-03 | 101,687.25 |
| 1055716 | 13-Jun-03 | 11-Jun-03 | 203,689.53 |
| 1055743 | 16-Jun-03 | 12-Jun-03 | 450,670.94 |
| 1055909 | 20-Jun-03 | 18-Jun-03 | 156,306.69 |

| | | | |
|---|---|---|---:|
| 1055931 | 23-Jun-03 | 19-Jun-03 | 218,432.42 |
| 1055935 | 23-Jun-03 | 19-Jun-03 | 146,375.54 |
| 1055947 | 25-Jun-03 | 20-Jun-03 | 175,407.06 |
| 1056072 | 25-Jun-03 | 23-Jun-03 | 176,004.81 |
| 1056096 | 27-Jun-03 | 25-Jun-03 | 203,412.81 |
| 1056128 | 30-Jun-03 | 26-Jun-03 | 125,471.11 |
| 1056265 | 02-Jul-03 | 30-Jun-03 | 182,636.73 |
| 1056274 | 03-Jul-03 | 01-Jul-03 | 189,941.33 |
| 1056302 | 07-Jul-03 | 02-Jul-03 | 174,997.96 |
| 1056434 | 09-Jul-03 | 07-Jul-03 | 560,582.69 |
| 1056441 | 10-Jul-03 | 08-Jul-03 | 232,390.57 |
| 1056446 | 11-Jul-03 | 09-Jul-03 | 119,454.39 |
| 1056473 | 14-Jul-03 | 10-Jul-03 | 128,622.15 |
| 1056485 | 14-Jul-03 | 11-Jul-03 | 137,246.10 |
| 1056627 | 16-Jul-03 | 14-Jul-03 | 406,977.97 |
| 1056643 | 17-Jul-03 | 15-Jul-03 | 49,644.31 |
| 1056650 | 18-Jul-03 | 16-Jul-03 | 149,115.48 |
| 1056652 | 18-Jul-03 | 16-Jul-03 | 145,000.00 |
| 1056668 | 21-Jul-03 | 17-Jul-03 | 21,736.78 |
| 1056670 | 21-Jul-03 | 17-Jul-03 | 157,000.00 |
| 1056794 | 23-Jul-03 | 21-Jul-03 | 123,390.08 |
| 1056802 | 24-Jul-03 | 22-Jul-03 | 17,824.67 |
| 1056804 | 25-Jul-03 | 23-Jul-03 | 102,915.32 |
| 1056834 | 28-Jul-03 | 24-Jul-03 | 398,674.85 |
| 1056971 | 30-Jul-03 | 28-Jul-03 | 78,136.02 |
| 1950 | 30-Jul-03 | 30-Jul-03 | 101,122.16 |
| 1953 | 30-Jul-03 | 30-Jul-03 | 87,778.78 |
| 1984 | 15-Aug-03 | 15-Aug-03 | 112,704.00 |
| 1995 | 21-Aug-03 | 21-Aug-03 | 117,676.62 |
| 1997 | 22-Aug-03 | 22-Aug-03 | 199,441.20 |
| 2004 | 27-Aug-03 | 27-Aug-03 | 140,367.02 |
| 2012 | 02-Sep-03 | 02-Sep-03 | 198,704.89 |
| 1055707 | 12-Jun-03 | 10-Jun-03 | 66,222.66 |
| 1055718 | 18-Jun-03 | 11-Jun-03 | 134,000.22 |
| 1055745 | 18-Jun-03 | 12-Jun-03 | 275,930.03 |
| 1055911 | 20-Jun-03 | 18-Jun-03 | 123,106.97 |
| 1055933 | 23-Jun-03 | 19-Jun-03 | 174,235.80 |
| 1055937 | 23-Jun-03 | 19-Jun-03 | 59,719.22 |
| 1055949 | 23-Jun-03 | 20-Jun-03 | 231,086.23 |
| 1056074 | 30-Jun-03 | 23-Jun-03 | 155,009.90 |
| 1056097 | 27-Jun-03 | 25-Jun-03 | 158,838.81 |
| 1056129 | 30-Jun-03 | 26-Jun-03 | 54,391.69 |
| 1056266 | 02-Jul-03 | 30-Jun-03 | 152,052.05 |
| 1056275 | 03-Jul-03 | 01-Jul-03 | 156,523.44 |
| 1056303 | 07-Jul-03 | 02-Jul-03 | 110,632.52 |
| 1056436 | 10-Jul-03 | 07-Jul-03 | 362,912.04 |
| 1056443 | 11-Jul-03 | 08-Jul-03 | 115,346.83 |
| 1056448 | 11-Jul-03 | 09-Jul-03 | 90,790.27 |
| 1056474 | 14-Jul-03 | 10-Jul-03 | 76,905.58 |
| 1056487 | 14-Jul-03 | 11-Jul-03 | 36,979.07 |

| | | | |
|---|---|---|---:|
| 1056629 | 16-Jul-03 | 14-Jul-03 | 188,853.85 |
| 1056645 | 17-Jul-03 | 15-Jul-03 | 37,470.86 |
| 1056651 | 18-Jul-03 | 16-Jul-03 | 98,453.51 |
| 1056669 | 21-Jul-03 | 17-Jul-03 | 135,089.71 |
| 1056681 | 21-Jul-03 | 18-Jul-03 | 65,020.57 |
| 1056683 | 21-Jul-03 | 18-Jul-03 | 126,720.00 |
| 1056803 | 24-Jul-03 | 22-Jul-03 | 352,354.01 |
| 1056843 | 28-Jul-03 | 25-Jul-03 | 295,197.74 |
| 2053137 | 22-Jul-03 | 01-Jul-03 | 2,800.00 |
| | | | $ 19,176,871.27 |