# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

In the Matter of:

BRIDGEPORT HOLDINGS, INC., et al.,

    Debtors.

_____/

KEITH F. COOPER, As Liquidating
Trustee Of The Bridgeport Holdings Inc.
Liquidating Trust,

    Plaintiff,

    v.                                Civil Action No. 05-622 GMS

TECH DATA CORPORATION,

    Defendant.

_____/

## NOTICE OF SERVICE

    I hereby certify that on May 3, 2006, I caused a true and correct copy of ***Defendant Tech Data Corporation's Sixth Supplemental Responses and Objections to Plaintiff's Requests for Production of Documents*** to be served upon the following in the manner indicated:

***Overnight Delivery***
Matthew Okin, Esq.
Akin, Gump, Strauss, Hauer & Feld LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002

***Hand Delivery***
William H. Sudell, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

Dated: May 3, 2006

**DRINKER BIDDLE & REATH LLP**

/s/ Howard A. Cohen
Howard A. Cohen (DE 4082)
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

Attorneys for Defendant,
Tech Data Corporation

WM\5702\1