# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

In the Matter of:

BRIDGEPORT HOLDINGS, INC., et al.,

    Debtors.
_____/

KEITH F. COOPER, As Liquidating
Trustee Of The Bridgeport Holdings Inc.
Liquidating Trust,

    Plaintiff,

    v.      Civil Action No. 05-622 GMS

TECH DATA CORPORATION,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2006, I caused a true and correct copy of ***Response by Defendant Tech Data Corporation in Opposition to Plaintiff's Motion to Strike*** to be served upon the following in the manner indicated:

| *First Class Mail* | *Hand Delivery* |
|---|---|
| Matthew Okin, Esq. | William H. Sudell, Esq. |
| Akin, Gump, Strauss, Hauer & Feld LLP | Morris, Nichols, Arsht & Tunnell |
| 1111 Louisiana Street, 44th Floor | 1201 North Market Street |
| Houston, TX 77002 | Wilmington, DE 19899 |

Dated: May 8, 2006

**DRINKER BIDDLE & REATH LLP**

/s/ Howard A. Cohen
Howard A. Cohen (DE 4082)
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

Attorneys for Defendant,
Tech Data Corporation

WM\5718\1