# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

In the Matter of:

BRIDGEPORT HOLDINGS, INC., et al.,

    Debtors.
_____/

KEITH F. COOPER, As Liquidating
Trustee Of The Bridgeport Holdings Inc.
Liquidating Trust,

    Plaintiff,

        v.                           Civil Action No.  05-622 GMS

TECH DATA CORPORATION,

    Defendant.
_____/

## NOTICE OF SERVICE

    I hereby certify that on May 30, 2006, I caused a true and correct copy of ***DEFENDANT TECH DATA CORPORATION'S SEVENTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS*** to be served in the manner indicated upon:

| *Via Electronic Mail* | *Via Electronic Mail* |
|---|---|
| Matthew Okin, Esq. | William H. Sudell, Esq. |
| Akin, Gump, Strauss, Hauer & Feld LLP | Morris, Nichols, Arsht & Tunnell |
| 1111 Louisiana Street, 44th Floor | 1201 North Market Street |
| Houston, TX  77002 | Wilmington, DE  19899 |

Dated: May 30, 2006                        **DRINKER BIDDLE & REATH LLP**

                                            /s/ Howard A. Cohen
                                            Howard A. Cohen (DE 4082)
                                            1100 N. Market Street, Suite 1000
                                            Wilmington, DE 19801
                                            Telephone: (302) 467-4200
                                            Facsimile:  (302) 467-4201

                                            Attorneys for Defendant,
                                            Tech Data Corporation