IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BRIDGEPORT HOLDINGS, INC. et al. | ) | Case No. 03-12825 (PJW) |
| | ) | |
| Reorganized Debtors, | ) | |

| | | |
|---|---|---|
| KEITH F. COOPER, as Liquidating Trustee of the Bridgeport Holdings, Inc. Liquidating Trust, | ) ) ) ) | Civil Proc. No. 05-00622 (GMS) |
| Plaintiff, | ) ) | |
| TECH DATA CORPORATION, | ) ) | |
| Defendant. | ) | |

## NOTICE OF COMPLETION OF BRIEFING (RE: D.I. 40)

PLEASE TAKE NOTICE that briefing has been completed with regard to Plaintiff's Motion To Strike Portions Of Defendant's Reply In Support Of Its Motion To Dismiss Counts II And III Of Plaintiff's First Amended Complaint (the "Motion") (D.I. 40).

PLEASE TAKE FURTHER NOTICE that the following pleadings have been filed in connection with the Motion:

1. Plaintiff's Motion To Strike Portions Of Defendant's Reply In Support Of Its Motion To Dismiss Counts II And III Of Plaintiff's First Amended Complaint (D.I. 40, filed 4/28/06); and

2. Response By Defendant Tech Data Corporation In Opposition To Plaintiff's Motion To Strike (D.I. 43 filed 5/8/06).

WHEREFORE, undersigned counsel respectfully submits that briefing on the Motion is now complete and ready for disposition by the Court.

Dated: June 7, 2006
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

William H. Sudell, Jr. (No. 463)
Daniel B. Butz (No. 4227)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

- and -

AKIN GUMP STRAUSS HAUER & FELD LLP
S. Margie Venus
Matthew S. Okin
Jonathan S. Schmitt, Esq.
1111 Louisiana St., 44th Floor
Houston, TX 77002
Telephone: (713) 220-5800

ATTORNEYS FOR PLAINTIFF, KEITH F. COOPER, as Liquidating Trustee of the Bridgeport Holdings, Inc. Liquidating Trust

523701