## CERTIFICATE OF SERVICE

I, Daniel B. Butz, Esquire, hereby certify that on the 7th day of June, 2006, I caused a true and correct copy of the **Notice of Completion of Briefing (Re: D.I. 40)** to be served upon the parties listed below in the manner indicated.

**BY HAND-DELIVERY**

Howard A. Cohen
Drinker, Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801

**BY FIRST CLASS MAIL**

Charles M. Tatelbaum
Stephen C. Hunt
Adorno & Yoss LLP
350 E. Las Olas Blvd., Suite 1700
Fort Lauderdale, FL 33301

Dated: June 7, 2006
Wilmington, Delaware

_____
Daniel B. Butz (No. 4227)

523701