IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In the Matter of:

BRIDGEPORT HOLDINGS, INC., et al.,

    Debtors.

_____/

KEITH F. COOPER, As Liquidating
Trustee Of The Bridgeport Holdings Inc.
Liquidating Trust,

    Plaintiff,

v.                           Civil Action No. 05-622 GMS

TECH DATA CORPORATION,

    Defendant.

_____/

## NOTICE OF SERVICE

    I hereby certify that on May 30, 2006, I caused a true and correct copy of ***Defendant Tech Data Corporation's Eighth Supplemental Responses and Objections to Plaintiff's Requests for Production of Documents*** to be served in the manner indicated upon:

| | |
|---|---|
| *Via Electronic Mail* | *Via Electronic Mail* |
| Matthew Okin, Esq. | William H. Sudell, Esq. |
| Akin, Gump, Strauss, Hauer & Feld LLP | Morris, Nichols, Arsht & Tunnell |
| 1111 Louisiana Street, 44th Floor | 1201 North Market Street |
| Houston, TX 77002 | Wilmington, DE 19899 |

Dated: June 8, 2006                      **DRINKER BIDDLE & REATH LLP**

                                         /s/ Howard A. Cohen
                                         Howard A. Cohen (DE 4082)
                                         1100 N. Market Street, Suite 1000
                                         Wilmington, DE 19801
                                         Telephone: (302) 467-4200
                                         Facsimile: (302) 467-4201

                                         Attorneys for Defendant,
                                         Tech Data Corporation

WM\5809\1