# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

In the Matter of:

BRIDGEPORT HOLDINGS, INC., et al.,

    Debtors.

_____/

KEITH F. COOPER, As Liquidating
Trustee Of The Bridgeport Holdings Inc.
Liquidating Trust,

    Plaintiff,

    v.        Civil Action No.  05-622 GMS

TECH DATA CORPORATION,

    Defendant.

_____/

## NOTICE OF SERVICE

    I hereby certify that on June 20, 2006, I caused a true and correct copy of ***Defendant Tech Data Corporation's Ninth Supplemental Responses and Objections to Plaintiff's Requests for Production of Documents*** to be served in the manner indicated upon:

| *Via Overnight Mail* | *Hand Delivery* |
|---|---|
| Matthew Okin, Esq. | William H. Sudell, Esq. |
| Akin, Gump, Strauss, Hauer & Feld LLP | Morris, Nichols, Arsht & Tunnell |
| 1111 Louisiana Street, 44th Floor | 1201 North Market Street |
| Houston, TX  77002 | Wilmington, DE  19899 |

Dated: June 20, 2006    **DRINKER BIDDLE & REATH LLP**

    /s/ Howard A. Cohen
    Howard A. Cohen (DE 4082)
    1100 N. Market Street, Suite 1000
    Wilmington, DE 19801
    Telephone: (302) 467-4200
    Facsimile:  (302) 467-4201

    Attorneys for Defendant,
    Tech Data Corporation

WM\5849\1