# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

In the Matter of:

BRIDGEPORT HOLDINGS, INC., et al.,

    Debtors.
_____/

KEITH F. COOPER, As Liquidating
Trustee Of The Bridgeport Holdings Inc.
Liquidating Trust,

    Plaintiff,

    v.                                Civil Action No.  05-622 GMS

TECH DATA CORPORATION,

    Defendant.
_____/

## NOTICE OF SERVICE

    I hereby certify that on June 28, 2006, I caused a true and correct copy of ***Defendant Tech Data Corporation's Tenth Supplemental Responses and Objections to Plaintiff's Requests for Production of Documents and Fourth Privilege Log with Respect to Plaintiff's First Set of Interrogatories and Requests for Production of Documents*** to be served in the manner indicated upon:

| *Via Overnight Mail* | *Hand Delivery* |
|---|---|
| Matthew Okin, Esq. | William H. Sudell, Esq. |
| Akin, Gump, Strauss, Hauer & Feld LLP | Morris, Nichols, Arsht & Tunnell |
| 1111 Louisiana Street, 44th Floor | 1201 North Market Street |
| Houston, TX  77002 | Wilmington, DE  19899 |

Dated: June 28, 2006                    **DRINKER BIDDLE & REATH LLP**

                                                /s/  Howard A. Cohen
                                                Howard A. Cohen (DE 4082)
                                                1100 N. Market Street, Suite 1000
                                                Wilmington, DE 19801
                                                Telephone: (302) 467-4200
                                                Facsimile:  (302) 467-4201

                                                Attorneys for Defendant,
                                                Tech Data Corporation