# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

In the Matter of:

BRIDGEPORT HOLDINGS, INC., et al.,

    Debtors.

_____/

KEITH F. COOPER, As Liquidating
Trustee Of The Bridgeport Holdings Inc.
Liquidating Trust,

    Plaintiff,

        v.                    Civil Action No. 05-622 GMS

TECH DATA CORPORATION,

    Defendant.

_____/

## NOTICE OF SERVICE

    I hereby certify that on June 30, 2006, I caused a true and correct copy of *Defendant Tech Data Corporation's First Requests for Admission and Supplemental Requests for Production Propounded Upon Plaintiff* and on July 3, 2006, I caused a true and correct copy of *Amendments by Interlineation to Defendant Tech Corporation's First Requests for Admission Propounded Upon Plaintiff* to be served in the manner indicated upon:

*Via Overnight Mail*
Matthew Okin, Esq.
Akin, Gump, Strauss, Hauer & Feld LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002

Dated: July 5, 2006                    **DRINKER BIDDLE & REATH LLP**

                                      /s/ Howard A. Cohen
                                      Howard A. Cohen (DE 4082)
                                      1100 N. Market Street, Suite 1000
                                      Wilmington, DE 19801
                                      Telephone: (302) 467-4200
                                      Facsimile: (302) 467-4201

                                      Attorneys for Defendant,
                                      Tech Data Corporation

WM\5908\1