**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

In the Matter of:

BRIDGEPORT HOLDINGS, INC., et al.,

    Debtors.
_____/

KEITH F. COOPER, As Liquidating
Trustee Of The Bridgeport Holdings Inc.
Liquidating Trust,

    Plaintiff,

        v.                         Civil Action No. 05-622 GMS

TECH DATA CORPORATION,

    Defendant.
_____/

## NOTICE OF SERVICE

    I hereby certify that on July 7, 2006, Tech Data Corporation served third-party subpoenas upon Ingram Micro, Hewlett-Packard, Toshiba America and Mr. Ricketts in the manner provided for in the subpoenas

Dated: July 10, 2006                       **DRINKER BIDDLE & REATH LLP**

                                                  /s/ Howard A. Cohen
                                                  Howard A. Cohen (DE 4082)
                                                  1100 N. Market Street, Suite 1000
                                                  Wilmington, DE 19801
                                                  Telephone: (302) 467-4200
                                                  Facsimile: (302) 467-4201

                                                  Attorneys for Defendant,
                                                  Tech Data Corporation

WM\5928\1