IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: BRIDGEPORT HOLDINGS, INC., et al.[1] | |
| KEITH F. COOPER, as Liquidating Trustee of the Bridgeport Holdings Inc. Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>TECH DATA CORPORATION,<br><br>Defendant. | Civil Action No. 05-622-GMS |

## AMENDED SCHEDULING ORDER

The Court having conducted on July 21, 2006 a telephonic conference regarding discovery and related matters with respect to the above-captioned action (the " Action"); and the Court having requested that the parties prepare a joint scheduling order amending certain provisions of the February 3, 2006 Scheduling Order; and good and sufficient cause appearing therefor,

IT IS ORDERED that the Court's February 3, 2006 Scheduling Order is revised as follows:

1.      **Fact Discovery Cut-Off.**  All fact discovery in this Action shall be completed on or before September 30, 2006.

2.      **Expert Disclosures and Discovery.**  The parties shall exchange their initial expert disclosures on or before November 1, 2006.  Any rebuttal expert reports are to be exchanged no later than November 15, 2006.  Expert depositions are to be completed by December 15, 2006.

---

[1] The Debtors are the following entities: Bridgeport Holdings, Inc., WHSU, Inc. f/k/a Micro Warehouse, Inc., WHSU Ohio, Inc. f/k/a Micro Warehouse of Ohio, Inc., WHSU Gov/Ed, Inc. f/k/a Micro Warehouse Gov/Ed, Inc., and WHSU International, Inc. f/k/a Micro Warehouse International, Inc.

{210346.0022/N0618140_1}

3. **Case-Dispositive Motions.**  No case dispositive motion may be filed absent entry of a further order by the Court.  Any party seeking to file a case dispositive motion shall submit to the Court, not later than December 1, 2006, a letter memorandum not exceeding five (5) pages in length detailing the nature of the proposed case-dispositive motion and the precise relief that will be requested in the case-dispositive motion.  A letter memorandum in response may be filed with the Court, provided that it does not exceed five (5) pages in length and is submitted for consideration no later than five (5) business days after the moving party's letter memorandum.  No further briefing of a request to file a case dispositive motion will be permitted.

All other provisions of the February 3, 2006 Scheduling Order shall remain controlling.

Dated: _____, 2006

                                               HONORABLE GREGORY M. SLEET
                                               UNITED STATES DISTRICT JUDGE

Agreed to and accepted:

/s/ William H. Sudell, Jr.
William H. Sudell, Jr. (DE 463)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, Delaware  19801
Telephone: (302) 658-9200

Attorneys for Plaintiff, Keith F. Cooper


/s/  Howard A. Cohen
Howard A. Cohen (DE 4082)
DRINKER, BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE  19801
Telephone: (302) 467-4200

Attorneys for Defendant, Tech Data Corporation