IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BRIDGEPORT HOLDINGS, INC., et al., | Case No. 03-12825 (PJW)<br>Jointly Administered |
| Debtors. | |
| KEITH F. COOPER, as Liquidating Trustee of the Bridgeport Holdings, Inc. Liquidating Trust, | |
| Plaintiff, | Civil Proc. No. 05-00622 (GMS) |
| v. | |
| TECH DATA CORPORATION, | |
| Defendant. | |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Keith F. Cooper (the "Liquidating Trustee"), as Liquidating Trustee of the Bridgeport Holdings Inc. Liquidating Trust (the "Trust"), and Tech Data Corporation (the "Defendant") have settled the encaptioned adversary proceeding pursuant to Court approval of the Liquidating Trustee's settlement motion filed in the United States Bankruptcy Court for the District of Delaware attached hereto as Exhibit A.

Dated: September 15, 2006
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

William H. Sudell (No. 0463)
Daniel B. Butz (No. 4227)
1201 N. Market St.
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302.658.9200

AKIN GUMP STRAUSS HAUER& FELD LLP
S. Margie Venus
1111 Louisiana St., 44th Floor
Houston, TX 77002
Telephone:  713.220.5800

-and-

THE LAW OFFICE OF MATTHEW S. OKIN
Matthew S. Okin
440 Louisiana St., Suite 900
Houston, TX 77002
Telephone:  713.236.7705

Counsel for Keith Cooper, as Liquidating Trustee
for the Bridgeport Holdings, Inc. Liquidating Trust