IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BRIDGEPORT HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 03-12825 (PJW)<br>Jointly Administered |
| KEITH F. COOPER, as Liquidating Trustee of the Bridgeport Holdings, Inc. Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>TECH DATA CORPORATION,<br><br>Defendant. | Civil Proc. No. 05-00622 (GMS) |

### STIPULATION AND ORDER OF DISMISSAL

The parties hereby stipulate to the dismissal of this action with prejudice, pursuant to Rule 41(a)(1), Fed. R. Civ. P., with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | DRINKER, BIDDLE & REATH LLP |
| /s/ William H. Sudell | /s/ Howard A. Cohen |
| William H. Sudell (No. 0463)<br>Daniel B. Butz (No. 4227)<br>1201 N. Market Street<br>P. O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: 302.658.9200 | Howard A. Cohen (No. 4082)<br>1100 N. Market Street<br>Suite 1000<br>Wilmington, DE 19801<br>Telephone: 302.467.4200 |
| -and- | -and- |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>S. Margie Venus<br>1111 Louisiana St., 44th Floor<br>Houston, TX 77002<br>Telephone: 713.220.5800 | ADORNO & YOSS LLP<br>Charles M. Tatelbaum<br>Stephen C. Hunt<br>350 E. Las Olas Blvd., Suite 1700<br>Fort Lauderdale, FL 33301<br>Telephone: 954.763.1200 |
| -and- | Counsel for Tech Data Corporation |

-2-

THE LAW OFFICE OF MATTHEW S. OKIN
Matthew S. Okin
440 Louisiana St., Suite 900
Houston, TX 77002
Telephone: 713.236.7705

>   Counsel for Keith Cooper, as Liquidating
>   Trustee for the Bridgeport Holdings, Inc.
>   Liquidating Trust


SO ORDERED this \_\_\_\_ day of _____, 2006.

_____
United States District Court Judge